Program: **BHC**    Standard: **HR.01.05.03**    EP: **1**

**Evaluation Method:**                                    **(This display is not editable)**

Attendance at all Educational Programs will be monitored. A minimum of one program per month will be offered. A minimum of 90% of the staff will attend the program. Numerator= Total number of ACT employees with documented evidence of attendance. Denominator = Total number of ACT employees. Results will be monitored monthly. Results will be reported to the Hospital QI committee monthly and to the Board of Trustees. Monitoring will commence apon acceptance of the plan and be done for 4 consecutive months.

[ Close ]  [ Print ]

Program: **BHC**    Standard: **LD.04.01.07**    EP: **2**

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Director of the ACT Program is ultimately responsible for the corrective action and for overall and ongoing compliance

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
At the time of survey the findings of the Joint Commission were reviewed with the Medical Director of the Behavioral Health Unit and with the Senior Vice President . Findings of the Joint Commission were reviewed with the staff on March 11, 2013. As of April 15 all vacant positions were filled. With the Department fully staffed, groups can be implemented.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
Prior to the survey available positions had been posted. Active recruiting and interviewing were done. As of April 15th all positions on the ACT team were filled. (LPN-3/25; Substance Abuse Counselor-4/15) On March 20th a Wellness Group was implemented to take place every Wednesday.Four Wellness Groups a month will be offered. The Wellness Group will address vocational planning as appropriate. On March 21st a Substance Abuse Group, (MICA) was implemented. Eight Substance Abuse Groups will be offered monthly. A minimum of 10 groups per month will be held.

**HOW:** A description of how the policy or process was implemented.
The Director of the Program will monitor the program to ensure that a minimum of 10 groups per month are offered.

[ Close ]    [ Print ]

Program: **BHC**    Standard: **LD.04.01.07**    EP: **2**

**Evaluation Method:**                                    **(This display is not editable)**

All groups will be monitored. The numerator will represent the number of groups offered. The
denominator will represent the minimum number of groups required. Results will be monitored monthly.
Results will be reported to the Hospital QI committee monthly and to the Board of Trustees. Monitoring
will commence upon acceptance of the plan and be done for 4 consecutive months

[ Close ]  [ Print ]

**Program: BHC    Standard: RC.01.03.01    EP: 3**

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Program Director for Act will be responsible for the corrective action and overall and ongoing compliance.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
On March 11 a staff meeting was held to discuss the findings of the survey. The policy and procedures related to Documentation ( Assessments and Reassments including Safety Assessment, Crises Intervention, psychosocial and Patient Rights)were reviewed

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
On March 11 a staff meeting was held to discuss the findings of the survey. The policy and procedures related to Documentation ( Assessments and Reassments including Safety Assessment, Crises Intervention, psychosocial and Patient Rights)were reviewed

**HOW:** A description of how the policy or process was implemented.
The Program Director or his designee will review 30 records monthly for compliance.

[Close] [Print]

Program: **BHC**    Standard: **RC.01.03.01**    EP: **3**

**Evaluation Method:**                                (This display is not editable)

Based on a population of 60 ACT clients a random sample of 30 charts will be reviewed. A list of patients seen will be generated. Every third chart will be selected until 30 charts have been selected. the numerator will reflect the number of charts compliant to standard. The denominator equals the total number of charts reviewed. Monitoring will commence upon acceptance of this plan and continue for four consecutive months. Results will be reported monthly to Hospital QI and quarterly to the Board of Trustees.

[ Close ]  [ Print ]

Program: **HAP**    Standard: **EC.02.06.01**    EP: **1**

---

**Corrective Action Taken:**                                **(This display is not editable)**

---

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The AVP for QI will be responsible for the corrective action and for overall and ongoing compliance

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
Environmental Staff Supervisor met with his staff and reviewed their responsibilities for cleaning, 4/8/13. The policy on Temperature logs was reviewed with the staff 4/1/13. A new log was developed, in serviced and implemented on 4/1/13. A Cleaning schedule was developed, posted and implemented for the ice machine 4/1/13. The closets labeled"Oxygen Only:, were structurally separated to include a labeled area for Full (green) and Empty (red)

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
Environmental Staff Supervisor met with his staff and reviewed their responsibilities for cleaning, 4/8/13. The policy on Temperature logs was reviewed with the staff 4/1/13. A new log was developed, in serviced and implemented on 4/1/13. A Cleaning schedule was developed, posted and implemented for the ice machine 4/1/13. The closets labeled"Oxygen Only:, were structurally separated to include a labeled area for Full (green) and Empty (red)

**HOW:** A description of how the policy or process was implemented.
Monthly environmental rounds specific to these issues will be conducted by the AVP for QI or her designee. Results will be reported monthly to Hospital QI and quarterly to the Board of Trustees.

---

[ Close ]    [ Print ]

Program: **HAP**    Standard: **EC.02.06.01**    EP: **1**

**Evaluation Method:**                                                    **(This display is not editable)**

Monthly monitoring of the environment will take place this will include: review of the refrigerator temperature logs,appropriate storage of oxygen, cleanliness of equipment(vital sign equip, medication carts,lift pads,med. room etc.) and adherence to the cleaning schedule for the ice machine. The numerator will include the total number of items that met the standard. The denominator will include the total number of items reviewed.

[ Close ]    [ Print ]

Program: **HAP**    Standard: **HR.01.02.05**    EP: 1

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Director of Nursing is ultimately responsibile for the corrective action and for overall and ongoing compliance.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
The Hospital's responsibility to obtain a primary source verification of staff's license prior to expiration was reviewed with staff.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
Staff review of requirement to obtain a primary source verification of staff's license prior to expiration was completed on May 1, 2013.

**HOW:** A description of how the policy or process was implemented.
Logs of staff's license renewal date and expiration date will be maintained and reviewed monthly. Prior to expiration date of license, primary source verification of renewal will be obtained. Staff will not be able to work without evidence of license verification.

Close    Print

Program: **HAP**    Standard: **LS.02.01.20**    EP: **13**

**Corrective Action Taken:**                                          (**This display is not editable**)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Safety Officer is responsible for the corrective action, implementation and compliance of the Life Safety Policies.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13. The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs in the Central Storage area were installed on 4/10/13.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13. The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs in the Central Storage area were installed on 4/10/13.

**HOW:** A description of how the policy or process was implemented.
• Storage of unauthorized items in egress corridors will be monitored during Environmental Rounds. Any deficiencies will be reported to the EOC Committee Quarterly and those departments will be required to go through re-education of the Life Safety requirements. • Review for the need of additional "Exit" or "No Exit" Signs will be monitored during Environmental Rounds. Any deficiencies will be reported to the Engineering Department for immediate action and status of the deficiencies to the EOC Committee Quarterly. • Status of the removal of the computers on the shelves will be made to the EOC Committee on a Quarterly basis.

[ Close ]  [ Print ]

Program: **HAP**    Standard: **LS.02.01.20**    EP: **30**

**Corrective Action Taken:**                                    (This display is not editable)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Safety Officer is responsible for the corrective action, implementation and compliance of the Life Safety Policies.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13. The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs in the Central Storage area were installed on 4/10/13.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13. The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs in the Central Storage area were installed on 4/10/13.

**HOW:** A description of how the policy or process was implemented.
• Storage of unauthorized items in egress corridors will be monitored during Environmental Rounds. Any deficiencies will be reported to the EOC Committee Quarterly and those departments will be required to go through re-education of the Life Safety requirements. • Review for the need of additional "Exit" or "No Exit" Signs will be monitored during Environmental Rounds. Any deficiencies will be reported to the Engineering Department for immediate action and status of the deficiencies to the EOC Committee Quarterly. • Status of the removal of the computers on the shelves will be made to the EOC Committee on a Quarterly basis.

[ Close ]  [ Print ]

Program: **HAP**   Standard: **LS.02.01.20**   EP: **31**

**Corrective Action Taken:**                                           (**This display is not editable**)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who
approved the action, policy, or procedure. Title of who was trained.
The Safety Officer is responsible for the corrective action, implementation and compliance of the Life
Safety Policies.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance
was addressed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during
the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves
in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13.
The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the
survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs
in the Central Storage area were installed on 4/10/13.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
• The storage of multiple pieces of equipment stored on the second floor corridor was removed during
the survey on 3/6/13. • A Life Safety Assessment has been completed for the Computers on the shelves
in the corridor. An SOC PFI was created and ILSM training with the staff will be completed by 5/17/13.
The computer and shelving will be removed by 5/31/13. • The "No Exit" sign was installed during the
survey on 3/7/13. • The Exit signs in the OR were installed during the survey on 3/5/13. • The Exit Signs
in the Central Storage area were installed on 4/10/13.

**HOW:** A description of how the policy or process was implemented.
• Storage of unauthorized items in egress corridors will be monitored during Environmental Rounds.
Any deficiencies will be reported to the EOC Committee Quarterly and those departments will be
required to go through re-education of the Life Safety requirements. • Review for the need of additional
"Exit" or "No Exit" Signs will be monitored during Environmental Rounds. Any deficiencies will be
reported to the Engineering Department for immediate action and status of the deficiencies to the EOC
Committee Quarterly. • Status of the removal of the computers on the shelves will be made to the EOC
Committee on a Quarterly basis.

Close   Print

Program: **HAP**   Standard: **MS.01.01.01**   EP: **1** (3)

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The medical director/chief medical officer/senior vice president of medical affairs is responsible for the overall and ongoing compliance

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
The medical staff bylaws will be amended to comply with this deificient E.P.As per the bylaws, the proposed revisions must be voted on at two successive medical board/medical executive committee meetings and then approved by a quorum of the medical staff at it's quarterly meeting.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
The deficiencies were presented at the 3/14/13 med exec meeting and the chair of the bylaws committee was given the necessary information to present to the entire bylaws committee for formal presentation to the medical board.

**HOW:** A description of how the policy or process was implemented.
The chairs of the respective clinical departments, or their designees, will monitor this E.P. and present the data in their quality care minutes.EP #16 will be amended and moved from the Rules and Regulations of the medical staff to the core text of the by-laws thus satisfying EP #3.

[ Close ]   [ Print ]

Program: **HAP**   Standard: **MS.01.01.01**   EP: 16

**Corrective Action Taken:**                          (**This display is not editable**)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The medical director, chief medical officer is ultimately resposible for compliance.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
The medical staff bylaws will be revised and amended to include the appropriate requirements pertaining to the completion and revision of a medical history and physical examination

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
The proposed changes were presented at the 3/14/13 and 4/11/13 medical executive committee meetings and will be presented to the entire medical staff at the 6/13/13 quarterly meeting of the medical staff.

**HOW:** A description of how the policy or process was implemented.
The chairs of the respective clinical departments will monitor the quality of the H and P in order to ensure compliance with this E.P. and also thus satisfying E.P. 3 and present their data to the medical QI/medical board

[ Close ]   [ Print ]

Program: **HAP**    Standard: **MS.06.01.03**    EP: 1

**Corrective Action Taken:**                                     **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The medical director/chief medical officer/senior vice president of medical affairs is responsible for the overall and ongoing compliance of this deficient E.P.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
The medical staff coordinator has been given additional training as to the necessary procedures which must be completed in order to comply with this E.P.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
The additional training and monitoring was started immediately after the completion of the recent JC survey on 3/11/13.

**HOW:** A description of how the policy or process was implemented.
The medical staff coordinator will complete a monthly review of the entire medical staff's licensing credentials, and if necessary, obtain primary source verification for any which are expiring. Quarterly, there will be a seciond audit performed to ensure compliance.

Close    Print

Program: **HAP**    Standard: **MS.06.01.05**    EP: **1**

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who
approved the action, policy, or procedure. Title of who was trained.
The president of the medical staff, who is also chair of the credential's committee, will asume ultimate
responsibility for compliance of this E.P.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance
was addressed.
The credentials committee will redesign the peer review letter which will be required at the time of
initial application to join the medical staff and the six core competencies will be monitored by the
department chairs as part otf their OPPE process.This concept was presented to the medical executive
committee at the 3/14/13 meeting.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
The deficiency was presented to the medical executive committee on 3/14/13, immediately after the
conclusion of the JC survey which was completed on 3/7/13.

**HOW:** A description of how the policy or process was implemented.
The credentials committee, along with the department chairs will be charged with monitoring the
ongoing compliance of this E.P. at the initial appointment of the candidate.

[ Close ]    [ Print ]

Program: **HAP**   Standard: **RC.01.01.01**   EP: **16**

**Corrective Action Taken:**                    (This display is not editable)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The DON is ultimately responsible for the corrective action and for overall and ongoing compliance.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
Hospital policy on Transfer of Patients Between Nursing Units was reviewed with staff with enphasis on the requirement for a hand off report in the form of a 'brief narrative note' written by both the sending and receiving nurse reflecting the patient's current status at time of transfer, where the patient was transferred from, where the patient was received, and how the patient was transported.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
Hospital policy review with staff was completed on May 17, 2013

**HOW:** A description of how the policy or process was implemented.
Nursing Supervisory staff will monitor inpatient charts weekly. Results will be reported monthly to Hospital QI and quarterly to BOT.

[ Close ]   [ Print ]

Program: **HAP**     Standard: **RC.01.01.01**     EP: **16**

**Evaluation Method:**                                    **(This display is not editable)**

Numerator will be the number of charts having appropriate transfer notes in place. Denominator will be te number of charts reviewed. Random selection of Thirty charts will be monitored per month. Monitor will commence with the acceptance of the plan and be done for 4 consecutive months. Results will be reported monthly to hospital QI and quarterly to the Board of Trustees.

[Close]   [Print]

Program: **HAP**   Standard: **RC.01.04.01**   EP: **3**

**Corrective Action Taken:**                              (This display is not editable)

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Sr. Vice President for Medical Affairs is ultimately responsible for the corrective action and overall and ongoing compliance with the Hospital standard which states that medical records must be completed within 30 days of discharge.

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
A fulltime Health Information Management employee has been assigned to assist the Medical Staff with completion of their delinquent medical records. Individual letters and phone calls are being made daily to members of the Medical Staff. An announcement was made by the Sr. Vice President of Medical Affairs of the dedicated HIM resource at the Medical Board meeting

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
On April 16, 2013, a dedicated resource was assigned to the Health Information Management Department's Physician Incomplete Chart Unit. Daily and weekly reminders are mailed to members of the Medical Staff. Failure to complete medical records as per the criteria set forth in the medical staff by-laws will result in suspension of privileges as indicated in a letter from the Sr. VP for Medical Affairs.

**HOW:** A description of how the policy or process was implemented.
The Chairs of the respective departments will be given the charge of following up with their members who are delinquent in the completion of medical records

[ Close ]   [ Print ]

Program: **HAP**   Standard: **TS.03.01.01**   EP: **16**

**Corrective Action Taken:**                                    **(This display is not editable)**

**WHO:** Title of who is responsible for the corrective action and ongoing compliance. Title of who approved the action, policy, or procedure. Title of who was trained.
The Director of Nursing is ultimately responsible for the corrective action and for overall and ongoing compliance

**WHAT:** A description of the action taken, of the policy or process and how the element of performance was addressed.
Tissue Safety Standards were reviewed with staff with emphasis on monitoring and documenting the daily temperature 24/7 in the area where tissue requiring storage at room temperature is kept. A new thermometer with a weekly grid for 24/7 monitoring was installed on 5/9/13. Staff in-service will be completed by 5/17.

**WHEN:** A date of when each action, policy, procedure, and/or training was completed.
Tissue Safety Standards review with staff was completed on April 4, 2013.

**HOW:** A description of how the policy or process was implemented.
The Operating Room Charge Nurse will monitor the tissue storage room for temperature recording on a 24/7 basis. On Monday mornings and on the first operational day after a Holiday, the charge nurse will assess the room temperatures which occurred when the OR was closed. During normal operational days, the room temperature will be monitored daily. Results will be reported monthly to Hospital QI and quarterly to BOT.

Close   Print

Program: **HAP**    Standard: **TS.03.01.01**    EP: **16**

**Evaluation Method:**                                                      **(This display is not editable)**

Numerator will be the number of days in the month that the temperature was monitored and in
compliance. Denominator will be the number of days in the month. Monitor will commence with the
acceptance of the plan and be done for 4 consecutive months. Results will be reported monthly to
Hospital QI and quarterly to the Board of Trustees.

[ Close ]  [ Print ]

**Schedule 4.14(d)**
**Licenses**

## SSMC

| CERTIFICATION | LICENSE EXPIRATION |
|---|---|
| DOH – Operating Certificate | None |
| HHS/FDA – Certified Mammography Facility | 4/15/2016 |
| The College of American Pathologists – Accredited Laboratory | **[Accreditation states reinspection should occur prior to 4/18/2012 to maintain accreditation]** |
| DOH – Clinical Laboratory Permit | 6/30/2013 |
| American Academy of Sleep Medicine - Accreditation | None |
| DOH – Certificate of Registration for Radiation Installation | 8/6/2013 |
| Board of Pharmacy – Registered Pharmacy | 1/31/2016 |
| License to engage in controlled substances | 3/31/2015 |
| DEA – Controlled Substance Registration | 2/29/2016 |

## MVH

| CERTIFICATION | LICENSE EXPIRATION |
|---|---|
| DOH Operating Certificate | None |
| OASAS Operating Certificate – Chemical Dependence | 4/30/2014 |
| OMH Operating Certificate – Outpatient Facilities Class | 5/31/2013 (renewable) |
| OMH Operating Certificate – Hospitals for the Mentally Ill Class | 5/31/2013 (renewable) |
| DOH – Certificate of Registration for | 8/6/2013 |

2405424v.10

| | |
|---|---|
| Radiation Installation | |
| Council on Podiatric Medical Education – Certificate of Approval | **[States Effective throughout period of approval, but there is no period indicated]** |
| DOH – Clinical Laboratory Permit | 6/30/2013 |
| DOH – Authorization for Patient Service Center | 6/30/2013 |
| DOH – Limited Service Laboratory Registration | 6/3/2014 |

**SECC**

| **CERTIFICATION** | **LICENSE EXPIRATION** |
|---|---|
| DOH Operating Certificate | None |

2405424v.10

**Schedule 4.14(f)**
**Compliance Audits**

See Attached

2405424v.10



# pwc

## Memo

| | |
|---|---|
| To: | Sound Shore Health System, FY2011 Audit Team |
| From: | Kate Barnhart, Health Industries Advisory |
| Date: | February 2, 2012 |
| Subject: | Sound Shore Health System Compliance Inquiry |

In order to address the auditing requirements promulgated in Statement on Auditing Standards ("SAS") no. 99, PricewaterhouseCoopers performed a high level assessment of Sound Shore Health System's ("SHSH") existing compliance structure and compliance program operations.

On February 1, 2012, PwC conducted a site visit interview with Kathleen McKay, Corporate Compliance Officer ("CCO"), John Mamangakis, Senior Vice President, Operations /HIPAA Privacy and Security Officer, and Rhonda Ruiz, Assistant Vice President, Operations / ICD-10 implementation lead. The purpose of the visit was to obtain a high level understanding of the compliance program structure, key compliance activities that occurred during fiscal year 2011, and whether there are any pending compliance issues which may impact the audit.

Sound Shore Health System is a multi-campus health care system consisting of Sound Shore Medical Center of Westchester (a 252-bed, community-based teaching facility), The Mount Vernon Hospital (a 196-bed community-based teaching facility) the Schaeffer Extended Care Center and the Hopfer School of Nursing. Approximately 2,500 individuals are under the scope of the compliance program.

The CCO submitted the final report for The Mount Vernon Hospital Corporate Integrity Agreement ("CIA") in November 2010. At the conclusion of the one year follow up period, the CIA was fully discharged in November 2011.

SSHS reports a Medicaid Fraud Control Unit pharmacy pricing methodology audit was initiated during February 2011 at both Sound Shore and Mount Vernon hospitals. At time of interview, the final settlement was in process. SSHS reported that at the Mount Vernon site, for provider #00274117, total of overbilling plus interest of $33,536.21 and for provider#03000222 total of overbilling plus interest of $11,493.49. The Mount Vernon total for both provider numbers with damages is $82,522.11. At Sound Shore for provider #00274126 total of overbilling plus interest is $1,248,512.74. At time of interview, total with damages had not been formally computed. PwC Audit confirmed Medicaid repayment and reserve details have been communicated to the audit team.

SSHS reports a Medicare Secondary Payer Questionnaire ("MSPQ") site visit documentation audit occurred during 2011. SSHS received the Audit Report July 2011. Corrective action plan was implemented with no further action required on our part. Monitoring activities for MSPQ compliance continues.



# pwc

## Status of Prior Year Recommendations:

PwC last conducted a telephone inquiry of SSHS's compliance program on May 20, 2010 at which time a recommendation was made that routine self-monitoring and auditing activities conducted by various departments throughout the system be reported to the Compliance Committee to ensure robust communication regarding compliance concerns and the continuity of monitoring and auditing efforts, including corrective action plans. While Corporate Compliance Committee minutes for 2011 appear to show departmental representation at meetings, reporting of departmental self-monitoring activities appears to be inconsistent. PwC reiterates its recommendation that self-monitoring and auditing activities conducted at the department level be reported to the Corporate Compliance Committee and that departmental monitoring and auditing activities be coordinated with the annual Compliance work plan.

## Compliance Program Activities:

Overall, SSHS appears to have maintained an active compliance program during the past year. Baseline controls appear to be in place to address the key components of an effective compliance program as defined by the Office of Inspector General[1] and compliance activities are reported periodically to the Board Finance Committee and the Boards of Trustees at Sound Shore and Mount Vernon Hospitals.

Specific indications that SSHS's compliance program is operational include, but are not limited to, the following:

- The CCO reports using the MediRegs Survey Manager on-line module for the annual Conflict of Interest statement process with 100% of management staff and 60% of Board members completing the questionnaire on-line. Remaining 40% of Board members completed hard copy statements.
- SSHS updated its Code of Conduct in January 2011. Upon the discharge of the Mount Vernon CIA in November 2010, SSHS replaced stand alone Sound Shore and Mount Vernon compliance policies and procedures with a system wide compliance program and system wide compliance policies and procedures. Compliance Program information, policies and procedures are posted on the SSHS intranet for employee access.
- SSHS reports using a vendor, Sterling Info systems, Inc. to conduct criminal background checks, drug screens, federal program and NYS Medicaid exclusion checks on new employees prior to the start of employment. Medical Staff Office conducts federal program exclusion checks during credentialing for new physicians. The CCO reports the SSHS Information Technology department created a database system of federal program and NYS Medicaid exclusion checks enabling Compliance to conduct monthly checks for existing employees, physicians, volunteers and students.

---

[1] OIG Supplemental Compliance Program Guidance for Hospitals; Federal Register, vol. 70, No. 19, III.A, January 31, 2005



**pwc**

- Purchasing conducts federal program exclusion checks for new vendors. SSHS has contracted with VeriRep to conduct ongoing vendor credentialing and will be implementing VeriRep vendor access management effective March 1, 2012.
- SSHS performed an evaluation of the effectiveness of its Compliance Program using the self-assessment tool distributed by the NYS Office of Medicaid Inspector General ("OMIG"). As a provider of services to Medicaid recipients, SSHS completes OMIG's annual Compliance Program Certification. The certification is signed by the Chief Executive Officer.
- The operational Compliance Committee met eight times during 2011. Departments participating on the Committee include; Operations, Nursing, Information Technology, Long Term Care, Finance, Revenue Cycle, Legal, Quality, Human Resources and staff Physicians.
- The CCO provided quarterly compliance program activity reports to the Board Finance Committee. Annual Board Compliance education was provided by General Counsel.
- The CCO reports receiving three calls on Compliance Hotline. Upon investigation, all three calls involved human resource issues. The CCO maintains an "Issues Reported to Compliance Log" and received nine questions/concerns during 2011.
- The CCO reports SSHS has retained a consultant to conduct a Compliance Program Effectiveness Review during the 2nd Quarter of 2012.

## Monitoring and Auditing activities:

The CCO reports SSHS purchased the MediRegs suite of CompliTrack modules. Ten departments were assigned to complete the Risk Assessment Module; Schaffer Extended Care Center, Admissions, Dietary, Emergency Room General, Emergency Room Conditions of Participation, Finance, Medical Records, Pharmacy, Quality Assurance and Operating Room. As of the November 15, 2011 Compliance Committee meeting, six of the assessments had been completed: Emergency Room General, Emergency Room Conditions of Participation, Operating Room, Quality Assurance, Schaffer Extended Care Center and Dietary.

The SSHS Corporate Compliance Committee 2011 Work Plan Monitoring and Auditing section listed "Reports on Quality, Investigations, active monitoring and corrective action plans" with Committee members responsible for reporting departmental self-monitoring activities and third party audit requests. As noted above under "Status of Prior Year Recommendations," while Committee minutes for 2011 appear to show departmental representation at meetings, reporting of departmental self-monitoring activities appears to be inconsistent.

## RAC activities:

The Assistant Vice President, Operations reports using the Greater New York Hospital Association RAC Tracking Tool to track SSHS's RAC requests. The Assistant Vice President reports RAC issues are shared with the Medical Management and Revenue Cycle Committees and reported to the Compliance Committee on a quarterly basis. Reviews of RAC findings are conducted by the Director of the Clinical Documentation Program and the HIM Coding Supervisor. SSHS had engaged an outside vendor to appeal RAC denials.

At time of interview, 532 requests had been received with only 6 for services at Mount Vernon. Requests initially were for DRG validation, currently requests are for medical necessity and short stays. SSHS reports RAC recoveries of $621,290.04 with a number of cases in the appeals process.

## HIPAA HITECH Activities:



# pwc

SSHS maintains a HIPAA Hot Line and reports logging and investigating eight issues during 2011. SSHS reports four HIPAA incidents occurred during 2011. One incident involved improper use of Protected Health Information ("PHI") which upon investigation was determined to be a policy violation only and the individual involved received counseling and disciplinary action. A second incident involved a medical record inadvertently faxed to a wrong fax number. The recipient, a law office, notified SSHS and destroyed the medical record. The employee was counseled and disciplinary action was taken. A third incident involved a coder who violated policy by taking 23 charts home to code. The charts were returned and the coder terminated. A fourth incident involved an employee who removed a nursing supervisor's patient status notebook, copied pages containing information about a family member, slid the copies under the Nursing Administration door and then reported an alleged HIPAA breach. Security tape showed it was the employee sliding copies under the door. Human Resources and General Counsel were involved and the employee was suspended.

The HIPAA Privacy and Security Officer reports conducting weekly safety rounds that include a HIPAA component. Two checklists are used during the rounds, one for visual inspection and one for random interviews (staff, nurses, physicians, volunteers or students). HIPAA is part of new employee and annual employee mandatory training.

SSHS reports its HIPAA Task Force modified and updated Business Associates Agreements during the second half of 2011. The HIPAA Privacy and Security Officer reports Task Force meetings are scheduled in February to identify which types of vendors will be included in the March 1, 2012 VeriRep vendor credentialing and access management implementation. The CCO is a Task Force member.

With the installation of the AllScripts Electronic Medical Record ("EMR") system in October 2011, SSHS designated an Information Technology ("IT") Security Officer who reports to the Chief Information Officer. The IT Security Officer's responsibilities include issuing EMR access following a role based hierarchy of access rights. SSHS reports the HIPAA Task Force is in the process of evaluating access audit trail software for EMR system access.

## ICD-10 Implementation Activities:

SSHS is in the process of selecting a vendor to conduct an ICD-10 gap analysis. The Assistant Vice President of Operations expects the gap analysis will provide guidance on ICD-10 education and training as well as implementation. SSHS is also researching ICD-10 training opportunities through the 1199 Union.

## Recommendations:
In order to enhance the effectiveness of ongoing compliance efforts and to mitigate potential risk, PwC recommends the following:

**Monitoring and Auditing Activities:** As noted above under Status of Prior Year Recommendations, PwC reiterates its recommendation that self-monitoring and auditing activities conducted at the department level be reported to the Corporate Compliance Committee. PwC also recommends departmental monitoring and auditing activities are coordinated with the annual Compliance work plan to ensure areas identified by the Office of Inspector General's Annual Work Plan are being addressed.

**HIPAA Security Risk Assessment:** With the implementation of the HITECH Act, a HIPAA Security Risk Analysis (§164.308(a) (1)(ii)(A)) is required by law to be performed by every

# pwc

Covered Entity and Business Associate. The Center for Medicare and Medicaid ("CMS") has contracted with KPMG to conduct 150+ hospital audits for compliance with the HIPAA privacy and security regulation. Given the government's commitment to resources and funding to conduct these audits, PwC recommends SSHS conduct a HIPAA Security Risk Analysis. PwC also recommends SSHS validates its BA's have conducted their own HIPAA Security Risk Analysis, especially critical should SSHS choose to off-shore medical records coding services and recommends SSHS put a formal plan in place to ensure completion.

**ICD-10:** PwC recommends the Board be provided with an educational presentation on the impact of ICD-10 and what implementation project entails and subsequently be provided with periodic implementation project status updates.

Given the rapidly changing health care environment and the impact on compliance issues, PwC recommends SSHS continue to monitor regulatory web sites and other industry sources for operational details as new statutory and regulatory requirements are enacted.

Should you have any questions about this information, please feel free to contact Kate Barnhart at (518) 424-2891.

## Documents Viewed:

- Compliance Program 2011 Work Plan
- Corporate Compliance Committee Minutes, April, 2011, February 2011, January 2011, July 2011, June 2011, March 2011, May 2011, September 2011, November 2011
- HIPAA Task Force Minutes, March 23, 2011, April 21, 2011, June 17, 2011, August 29, 2011, October 6, 2011, December 15, 2011
- Compliance Report to Sound Shore Medical Center December 2011 Board Meeting
- Compliance Report to Mount Vernon Hospital December 2011 Board Meeting
- Compliance Program Policies and Procedures
  - o Arrangement Review Process
  - o Arrangements Tracking & Monitoring Procedures
  - o Auditing & Monitoring High-Risk Areas
  - o Code of Conduct
  - o Compliance Hotline
  - o Compliance Issue Resolution
  - o Compliance Training
  - o Compliance with Stark & Anti-Kickback Statues
  - o Confidentiality
  - o Conflict of Interest
  - o Deficit Reduction Act
  - o Equal Opportunity, anti- Discrimination & Sexual Harassment
  - o Fair Market Valuations
  - o General Statement on Agreements with Referral Sources; Approval Process
  - o Investigation
  - o Non-Retaliation
  - o Physician Employment
  - o Professional Services Agreements
  - o Red Flag / Identity Theft Prevention Program
  - o Response to Government Officials Policy
  - o Sanction Screening
  - o Search Warrant Policy

**Schedule 4.14(i)**
**Billings**

See Schedule 4.14(a)(vi)

2405424v.10

## Schedule 4.14(j)
## Audits

| SOURCE OF AUDIT | AUDIT DATE | PROVIDER NAME | AUDITED PAYMENTS | COMMENTS |
|---|---|---|---|---|
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 5/20/2012 | SSMC | $5,777.04 | Third party payments received or in process |
| NGS-MEDICARE PRE-PAYMENT REVIEW OF PSY SERVICES | 5/31/2012 | MVH | $7,290.00 | Documentation is missing or incomplete |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 6/8/2012 | SSMC | $54,270.38 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 6/13/2012 | SSMC | $1,123.76 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 6/13/2012 | SSMC | $645.01 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 7/13/2012 | MVH | $1,414.66 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 7/16/2012 | SSMC | $14,153.36 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 7/16/2012 | MVH | $393.29 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 7/20/2012 | MVH | $9,476.25 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 7/20/2012 | SSMC | $529.94 | Third party payments received or in process |
| OMIG / HMS DETOX GME RECOVERY | 7/23/2012 | SSMC | $113,704.00 | Recoupment in process from weekly Medicaid check. |
| OMIG -LEVEL 1 COPS | 8/14/2012 | SSMC | N/A | No overpayment |

2405424v.10

| RECOVERIES / OMH | | | | found |
|---|---|---|---|---|
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 8/20/2012 | SSMC | $14,676.36 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 9/10/2012 | SSMC | $14,895.24 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 9/10/2012 | MVH | $9,258.39 | Third party payments received or in process |
| OMH - CRIMINAL BACKGROUND CHECK | 9/18/2012 | MVH | $0 | Review completed 06/06/2012. Correction plan accepted. |
| OMIG - OMH LIC. OP PHYSICIAN SERVICES BILLED SEPARATELY | 9/26/2012 | SSMC | $3,700.00 | Physician services included in global rate |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 10/11/2012 | MVH | $2,715.89 | Third party payments received or in process |
| OMIG - ANCILLARY SERVICES BILLED SEPARATELY FROM CLINIC VISIT | 10/16/2012 | SSMC | $4,586.82 | Final report issued March 7th, 2013. Recoupment pending. |
| OMIG - ANCILLARY SERVICES BILLED SEPARATELY FROM CLINIC VISIT | 10/16/2013 | SSMC | $7,180.57 | Final report issued March 7th, 2013. Recoupment pending. |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 10/30/2012 | SSMC | $219,470.95 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 10/30/2012 | MVH | $44,312.14 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 11/28/2012 | MVH | $283.56 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY | 12/18/2012 | SSMC | $28,661.69 | Third party payments received or in process |

2405424v.10

| | | | | |
|---|---|---|---|---|
| AUDIT | | | | |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 12/18/2012 | SSMC | $45,698.64 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 12/18/2012 | SSMC | $1,463.50 | Third party payments received or in process |
| OMIG NEWBORN AUDIT | 2/7/2013 | SSMC | $30,811.27 | Newborns billed as Medicaid FFS instead of MCD HMO Plan - final report pending. |
| NGS-MEDICARE PREPAYMENT REVIEW OF PSY SERVICES | 2/8/2013 | MVH | $7,830.00 | Documentation is missing or incomplete |
| NGS-MEDICARE PRE-PAYMENT REVIEW OF WOUND CARE SERVICES | 2/13/2013 | MVH | $2,721.00 | Documentation is missing or incomplete |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 2/27/2013 | MVH | $34,691.71 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 3/16/2013 | MVH | $6,213.35 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 3/19/2013 | MVH | $8,211.78 | Third party payments received or in process |
| OMIG / HEALTH MANAGEMENT SYSTEM THIRD PARTY AUDIT | 4/1/2013 | MVH | $13,315.24 | Third party payments received or in process |

2405424v.10

**Schedule 4.14(k)**
**Reduction in Medicare Reimbursements**

2405424v.10

## Schedule 4.14(l)(i)
### Overpayments or Refunds to Payment Programs

| Year | Sum of Original Payment | Outcome | Entity |
|------|-------------------------|---------|--------|
| 2011 | $6,538.02 | Overpayment identified | MVH |
| 2011 | $117,564.48 | No issue identified | SSMC |
| 2011 | $353,859.67 | Pending | SSMC |
| 2012 | $43,061.83 | Pending | SSMC |

2405424v.10

## Schedule 4.14(l)(ii)
### Notice of Overpayments or Refunds

None

2405424v.10

**Schedule 4.15(a)**
**Employee Schedule**

2405424v.10

**Schedule 4.15(b)**
**Reemployment Rights**

**Schedule 4.15(c)**
**Foreign National Employees**

See Attached

2405424v.10

4.15(c)
FOREIGN NATIONAL EMPLOYEES

| Last Name | First Name | SSHS Entity | Position | Visa/ Work Permit | Expiration Date | Applicable Bargaining Unit | Comments |
|---|---|---|---|---|---|---|---|
| Beereddy | Ranadhir Reddy | MVH | Resident | J1 | 6/30/2013 | N/A | |
| Mamsa | Khadija Ahmad | MVH | Resident | H1 B | 6/30/2013 | N/A | |
| Jogu | Prasad | MVH | Resident | H1 B | 6/30/2013 | N/A | |
| Guo | Songchuan | MVH | Resident | H1 B | 6/30/2013 | N/A | |
| Ninmalkayala | Kameswara Rao | MVH | Resident | H1 B | 6/30/2014 | N/A | |
| Karnam | Padmanaidu | MVH | Resident | H1 B | 6/30/2014 | N/A | |
| Vudathaneni | Vijaya Krishna | MVH | Resident | H1 B | 6/30/2014 | N/A | |
| Katamreddy | Sasikumar | MVH | Resident | H1 B | 6/30/2014 | N/A | |
| Lal | Aditya | MVH | Resident | H1 B | 6/30/2015 | N/A | |
| Veluswamy | Anuradha Shunmugam | MVH | Resident | H1 B | 6/30/2015 | N/A | |
| Banini | Bubu | SSMC | Chief Medical Resident | Green Card | 3/7/2015 | N/A | |
| DeJesus | Diana | SSMC | Chief Medical Resident | H1 B | 6/30/2013 | N/A | |
| Aggarwal | Richa | SSMC | Resident | J1 | 6/30/2013 | N/A | |
| Chua | Ruthie May | SSMC | Resident | J1 | 6/30/2013 | N/A | |
| Ferguson | Alexis C. | SSMC | Resident | H1 B | 6/30/2013 | N/A | |
| Lamsen | Marie Louies | SSMC | Resident | H1 B | 6/30/2013 | N/A | renewal with USCIS |
| Morey | Rishikesh | SSMC | Resident | H1 B | 6/30/2013 | N/A | |
| Onwochei | Mitchell | SSMC | Resident | Green Card | 2/3/2013 | N/A | extension paperwork to HR on 5/28 |
| Pandey | Sanjay | SSMC | Resident | J1 | 6/30/2013 | N/A | |
| Premji | Resmi | SSMC | Resident | J1 | 6/30/2013 | N/A | renewal with USCIS |
| Sihota | Aanu | SSMC | Resident | H1 B | 6/30/2013 | N/A | |
| Tesado | Grettel | SSMC | Resident | H1 B | 6/30/2013 | N/A | |
| Thind | Sharanjeet | SSMC | Resident | J1 | 6/30/2013 | N/A | |
| Luna | Ronald | SSMC | Resident | J1 | 6/30/2014 | N/A | |
| Naaraayen | Ashutossh | SSMC | Resident | H1 B | 6/30/2015 | N/A | |
| Chhetri | Mamta | SSMC | Resident | H1 B | 6/30/2014 | N/A | |
| Violango | Michael | SSMC | Resident | H1 B | 6/30/2014 | N/A | |
| Mehta | Shikita | SSMC | Fellow | H1 B | 6/30/2013 | N/A | |
| Seng | Leap | SSMC | RN | H1 B | 3/1/2015 | NYSNA | |
| Singh | Neha | MVH | PT | H1 B | 6/14/2013 | 1199 | resigned, last day 6/7/13 |
| **INCOMING** | | | | | | | |
| Ponnam | Harikrishna C. | MVH | Resident | H1 B | 6/30/2016 | N/A | |
| Kakarlapudi | Hari H. | MVH | Resident | H1 B | 6/30/2016 | N/A | |
| Kancharla | Rama K. | MVH | Resident | H1 B | 6/30/2016 | N/A | |
| Wasti | Pranav | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Abburi | Amulya | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Akinboro | Oladimeji | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Bista | Prakriti | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Ijaiya | Thaofiq | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Calderon | Wilman Olmedo | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Seidenschwarz | Norbert Alex | SSMC | Resident | H1 B | 6/30/2016 | N/A | |
| Shafi | Sumaira | SSMC | Resident | H1 B | 6/30/2016 | N/A | |

**Schedule 4.15(d)**
**Labor Disputes**

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| **(A) Collective bargaining disputes-arbitrations** | | | |
| **2013-NONE** | | | |
| **2012** | | | |
| 1330000937-12 | 1199 SEIU, United Healthcare Workers East and **SSMC** (kiosk lady) | Improperly subcontracting bargaining work in violation of cba (kiosk lady) | AAA-LABOR, New York, NY |
| 1330002013-12 | 1199 SEIU, United Healthcare Workers East and **SSMC** (10 and 20 year rate increases) | failing to pay longevity pay increases retroactive to the date they were contractually required to be paid | AAA-LABOR, New York, NY |
| 1330000401-12 | 1199 SEIU, United Healthcare Workers East and **TMVH**(Special Procedure Tech rate of pay) | Improper modification of the Special Procedure Tech Title in violation of cba | AAA-LABOR, New York, NY |
| 1330000402-12 | 1199 SEIU, United Healthcare Workers East and **TMVH**(Anissa Kirkland termination) | Improper termination of employee for violating workplace violence policy | AAA-LABOR, New York, NY |

2405424v.10

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| 1330002737-12 | 1199 SEIU, United Healthcare Workers East and **TMVH** (layoff provisions) | Improperly refusing to group employees for layoff purposes and refusing to allow employees to bump less-senior employees in lieu of layoff; failing to properly recall employees; and, improperly reducing Victoria Rivers' rate of pay--hearing date and arbitrators selection pending | AAA-LABOR, New York, NY |
| 1330000618-12 | 1199 SEIU, United Healthcare Workers East and **TMVH** (improperly paying Dana Blake) | Paying improper wage rate | AAA-LABOR, New York, NY |
| 1330001332-12 | 1199 SEIU, United Healthcare Workers East and **SSMC** | Improperly splitting full-time positions into part time positions | AAA-LABOR, New York, NY |
| **2011** | | | |
| 1330001997-11 | 1199 SEIU, United Healthcare Workers East and **SSMC**(splitting full time positions into part time) | Improperly eliminating the 13 hour shift of maternity techs and improperly posting for 3 part-time maternity tech positions | AAA-LABOR, New York, NY |
| 1330000171-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Christopher Okang) | Improper termination of employee for taking an unauthorized leave | AAA-LABOR, New York, NY |
| 1330001931-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Suspension of Dale Austin) | Improper 10 week suspension of employee for violating patient privacy rights | AAA-LABOR, New York, NY |

2405424v.10

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| 1330001932-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Suspension of John Brito) | Improper suspension of employee for abandoning his post | AAA-LABOR, New York, NY |
| 133000258-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Suspension of James Brown) | Improper suspension of employee | AAA-LABOR, New York, NY |
| 133002696-11 | 1199 SEIU, United Healthcare Workers East and SSMC (failure to pay preceptor pay to dieticians) | failure to pay preceptor pay to dieticians | AAA-LABOR, New York, NY |
| 133000358-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (termination of Sophia Samuels) | improper termination of employee for failing to meet nursing home patient needs | AAA-LABOR, New York, NY |
| 133001360-11 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Luis Santiago) | Improper termination of employee for abandoning his shift | AAA-LABOR, New York, NY |
| **2010** | | | |
| 1330002069-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Suspension of Melencio Cancio) | Improper suspension for sleeping while on duty | AAA-LABOR, New York, NY |
| 1330001663-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Kevin Middleton) | Improper termination for violating workplace violence policies | AAA-LABOR, New York, NY |
| 133001485-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Suspension of Tyson, Chestang, Smith) | Improper suspension for violating workplace violence rules | AAA-LABOR, New York, NY |
| 1330002700-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Irenes Andrades) | Improper termination of employee performing second employer's work while on SSMC time | AAA-LABOR, New York, NY |
| 13302699-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Teta Gaye Stitcheron) | Improper termination of employee for violating patient care rights | AAA-LABOR, New York, NY |

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| 13302752-10 | 1199 SEIU, United Healthcare Workers East and **SSMC** (Termination of Patrick Lawrence Smith) | Improper termination of employee for violating time validation policies | AAA-LABOR, New York, NY |
| 13302866-10 | New York State Nurses Assoc. and **TMVH** (Mariza Pascarelli) | Two day suspension of nurse for violating hospital policy | AAA-LABOR, New York, NY |

| NLRB CLAIMS | | | |
|---|---|---|---|
| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
| 02-CA-097315 (2013) | 1199 SEIU United Health Care Workers v. **SSMC and TMVH** | SSMC and TMVH failing to bargain re health care insurance and other benefits by dealing directly with the employees | NLRB New York, NY |
| 02-CA-088831 (2012) | 1199 SEIU United Health Care Workers v. **SSMC** | Failure to execute a cba | NLRB New York, NY |
| 02-CA-067483 (2011) | 1199 SEIU United Health Care Workers v. **SSMC** | failure to arbitrate | NLRB New York, NY |

2405424v.10

## Schedule 4.15(f)
## Collective Bargaining Agreements

| Entity | Collective Bargaining Agreements |
|--------|----------------------------------|
| SSMC | 1199 SEIU, United Healthcare Workers, East<br><br>New York State Nurses Association<br><br>Teamsters Local 445 |
| MVH | 1199 SEIU, United Healthcare Workers, East<br><br>New York State Nurses Association |

105

## Schedule 4.15(g)
## Claims Before NLRB or Similar Agency

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| 02-CA-097315 | 1199 SEIU United Health Care Workers v. **SSMC and TMVH** | SSMC and TMVH failing to bargain re health care insurance and other benefits by dealing directly with the employees | NLRB New York, NY |

2405424v.10

## Schedule 4.15(h)
## Violation of Applicable Laws related to Employees

| CLAIM NUMBER | CAPTION | NATURE OF THE PROCEEDING | VENUE |
|---|---|---|---|
| 10158973 | Maccarling Blanchard v. **SSMC** | Claim of discrimination | NYSDHR WESTCHESTER,NY |
| 10158460 | Djoka Nikac v. **SSMC**[i] | Claim of discrimination | NYSDHR WESTCHESTER,NY |

2405424v.10

**Schedule 4.15(i)**
**Occupational or Safety Violations**

None

2405424v.10

**Schedule 4.15(j)**
**Rights in Property by Board, etc**

Services Corporation has entered into a lease agreement dated 8/31/1996, as modified, with
233rd Street Realty Corp.  233rd Street Realty Corp is owned by Richard Naclerio.

## Schedule 4.17
## Information Systems

See attached

2405424v.10



Sound Shore Health System of Westchester
Network Design

| No. | Server Hostname | Physical/Virtual | Function | Application | Software Owned/Leased |
|---|---|---|---|---|---|
| | Sound Shore Servers | | | | |
| 1 | SMMISS1 | P | Domain Controller | Microsoft Active Directory | O |
| 2 | SMMISS2 | P | Domain Controller | Microsoft Active Directory | O |
| 3 | SMMISS3 | P | DHCP Server | Microsoft DHCP | O |
| 4 | SMMISS4 | P | Exchange Server | Microsoft Exchange 2003 | O |
| 5 | SMMISS5 | P | Exchange Server | Microsoft Exchange 2003 | O |
| 6 | SMMISS6 | P | Exchange Cluster (SMMISS4 & 5) | Microsoft Exchange 2003 | |
| 7 | SMMISS6 | P | Backup Server | Symantec Backup Exec 11d | O |
| 8 | SMMISS7 | P | Anti-Virus | Kaspersky Security Center 9 | Active License |
| 9 | SMMISS8 | P | TacAcs (Cisco Authentication Manager) | TacAcs | O |
| 10 | SMMISS9 | P | TeamViewer Database | TeamViewer Manager | O |
| 11 | SMMISS11 | P | Mediware (Lab software) | Mediware | ? |
| 12 | SMMISS12 | P | Finance File Server | Microsoft File Server | O |
| | SMMISS13 | P | Foundation's Raiser's Edge | Raiser's Edge | ? |
| | SMMISS14 | P | MUSE EKG Application | MUSE | O |
| | SMMISS16 | P | Hyper-V host server | Microsoft Hyper-V | O |
| | SMMISS16A | V | Virtual Server - Blackbaud Web Server (on DMZ) | Blackbaud | ? |
| | SMMISS16B | V | Virtual Server - ECP's Reliable Charts | Reliable Charts | ? |
| | SMMISS20 | P | Hyper-V host server; Backup server | Microsoft Hyper-V and Symantec Backup Exec 2010 | O |
| | SMMISS20A | V | Virtual Server - Print server, file distribution server | Microsoft Server | O |
| | SMMISS20B | V | Virtual Server - Spiceworks Test Server | Spiceworks | opensource |
| | SMMISS21 | P | SQL Database Server | Microsoft SQL 2008 | O |
| | SMMISS22 | P | Great Plains Server (currently not being used) | Great Plains | ? |

| Server | Status | Description | License/Other |
|---|---|---|---|
| SSVHOSTPRD1 | | Hyper-V Cluster (SMMIS23 & 25) | Microsoft Failover Cluster Manager | |
| SMMIS23 | P | Hyper-V host server | Microsoft Hyper-V | O |
| | | Virtual Server - Allscripts Downtime | | |
| SMMIS23A | √ | Server | | |
| SMMIS23B | √ | SoundApp Server | | |
| | | Copy Machine Data Collection | | |
| SMMIS23C | √ | Software, HavBed | | |
| SMMIS23D | √ | Password Reset Tool | | |
| SMMIS23E | √ | Nimsoft | CA Nimsoft | Active License |
| SMMIS23F | √ | QS/1 | ManageEngine ADSelfService Plus | Active License |
| SMMIS23G | √ | WSUS | | O |
| SMMIS24 | P | Spare attached to SAN | Microsoft WSUS | O |
| | | Hyper-V Server - Production | | |
| SMMIS25 | P | (clustered with SMMIS23) | | O |
| SMINTS1 | P | Websense (SSMC) | | Active License |
| SMMISSBEZ | P | BES Server | | Active License |
| smEdimApp01 | P | SSMC EDIM Application Server | | ? |
| smEdimDB02 | P | SSMC EDIM Database Server | | ? |
| sm3msrv1 | P | 3m Server | | ? |
| smUDSsrv1 | P | UDS Server | | ? |
| ALLSCRIPTSF | P | | | |
| AX1 | P | AllScripts Fax Server (Lab) | | ? |
| ALLSCRIPTSF | P | | | |
| AX2 | P | AllScripts Fax Server (not in use) | | ? |
| ALLSCRIPTSF | P | | | |
| AX3 | P | AllScripts Fax Server (Radiology) | | ? |
| SOUNDNET | P | Intranet Server | | O |

| Mt. Vernon Servers | | Description | | |
|---|---|---|---|---|
| MVMISS1 | P | Domain Controller | Microsoft Active Directory | O |
| MVMISS3 | P | DHCP Server | Microsoft DHCP | O |
| MVMISS6 | P | Backup Server | | O |
| MVMISS7 | P | Core Server Hosting Virtual Machines: 7A, HIVSERV | | O |
| MVMISS7A | V | Methadone Clinic Avatar (Medication Dispense Server) | | ? |
| MVMISS7B | V | 2N Avatar | | ? |
| MVINTS1 | P | Websense (MVH) | | A |
| mvEdimApp01 | P | TMVH EDIM Application Server | | ? |
| mvEdimDB01 | P | TMVH EDIM Database Server | | ? |
| HIVSERV | P | AIRS server; virtual machine running on MVMISS7 | | ? |

| Location | Model | Product | Serial Number |
|---|---|---|---|
| SSMC Data CTR - Rack 1 | Cisco ASA 5505 | Appliance | JMX153640G3 |
| SSMC Data CTR - Rack 1 | Cisco ASA 5510 | | JMX1109L15N |
| SSMC Data CTR - Rack 1 | Cisco ASA 5520 | Appliance | JMX1448L15U |
| SSMC Data CTR - Rack 1 | Catalyst 2950 | | FOC1044Z00M |
| SSMC Data CTR - Rack 1 | Catalyst 2950 | | FOC1019Z7KG |
| SSMC Data CTR - Rack 1 | Catalyst 2801 | | FTX1025W20J |
| SSMC Data CTR - Rack 1 | Catalyst 6509 | Chasis | SAL10019XXG |
| SSMC Data CTR - Rack 1 | WS-C6K-9SLOT-FAN2 | Fan Module TRAY | GND0AR79AC |
| SSMC Data CTR - Rack 1 | WS-X6148-GE-TX | Module - RJ45 | CNUIAL9AAA |
| SSMC Data CTR - Rack 1 | WS-X6148-GE-TX | Module - RJ45 | CNUIAL9AAA |
| SSMC Data CTR - Rack 1 | WS-X6148-GE-TX | Module - RJ45 | CNUIAL9AAA |
| SSMC Data CTR - Rack 1 | WS-SUP720-3B | Module - Fabric | CNUCAFLAAA |
| SSMC Data CTR - Rack 1 | WS-X6724-SFP | Module - Fiber | CNUIAX2AAB |
| SSMC Data CTR - Rack 1 | WS-X6548-GE-TX | Module - RJ45 | CNUIAMEAAB |
| SSMC Data CTR - Rack 1 | | PSU Chasis | GNM8AZOBRC |
| SSMC Data CTR - Rack 1 | | PSU - 1 | CNP8ARZBAA |
| SSMC Data CTR - Rack 1 | | PSU - 2 | CNP8ARZBAA |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | | 2UX64700W7 |
| SSMC Data CTR - Rack 2 | HP TFT 7600 KVM | Server | 2C463700S8 |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX64801V8 |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX64700VR |
| SSMC Data CTR - Rack 2 | Proliant DL 360G4P | Server | USM64601Z1 |
| SSMC Data CTR - Rack 2 | Proliant DL 360G4P | Server | USM64601X1 |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX613006X |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX64700U0 |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX644004Z |
| SSMC Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX644004Y |
| SSMC Data CTR - Rack 2 | Proliant DL 360G4P | Server | USM64601YP |
| SSMC Data CTR - Rack 3 | KVM - Avocent | | A320008310 |
| SSMC Data CTR - Rack 3 | Proliant DL320 G5P | Server | MX2903011S |
| SSMC Data CTR - Rack 3 | Proliant DL320 G5P | Server | MX29030114 |
| SSMC Data CTR - Rack 3 | Prolaint DL320 G5 | Server | MX2801023H |
| SSMC Data CTR - Rack 3 | Proliant DL380 G4 | Server | 2UX62902GM |
| SSMC Data CTR - Rack 3 | Proliant DL140 G3 | Server | MX270100K3 |
| SSMC Data CTR - Rack 3 | Proliant DL360 G5 | Server | USM709065E |
| SSMC Data CTR - Rack 4 | Proliant DL360 G6 | Server | MXQ0030BWK |
| SSMC Data CTR - Rack 4 | Proliant DL360 G6 | Server | MXQ0160C8F |
| SSMC Data CTR - Rack 4 | Aruba 6000 US | WLAN CTLR | A00010660 |
| SSMC Data CTR - Rack 4 | TrippLite SMART5000XFMRXL | UPS | 2201AACSMS053P0002 |
| SSMC Data CTR - Rack 5 | HP Storage Ultrium 3000SAS | | |
| SSMC Data CTR - Rack 5 | Proliant DL360 G7 | Server | MXQ025060B |
| SSMC Data CTR - Rack 6 | Proliant DL380 G5 | Server | 2UX72201CS |
| SSMC Data CTR - Rack 7 | DELL Poweredge R710 | Server | 30K41Q1 |
| SSMC Data CTR - Rack 7 | DELL Poweredge R710 | Server | 30L0YQ1 |
| SSMC Data CTR - Rack 7 | DELL Poweredge R710 | Server | 30KZXQ1 |
| SSMC Data CTR - Rack 7 | Cisco IRONPORT - 1 | Appliance | 2XHTPQ1 |
| SSMC Data CTR - Rack 7 | Cisco IRONPORT - 2 | Appliance | 7RJPPQ1 |
| SSMC Data CTR - Rack 7 | Dell Poweredgr R710 | Server | 30K0YQ1 |
| SSMC Data CTR - Rack 7 | Dell Poweredgr R710 | Server | 30K2YQ1 |
| SSMC Data CTR - Rack 7 | KVM - Dell | Chasis | 2110AATCD831300028 |
| SSMC Data CTR - Rack 7 | Proliant DL360 G7 | Server | MXQ025062H |
| SSMC Data CTR - Rack 7 | Proliant DL360 G7 | Server | MXQ0510D65 |
| SSMC Data CTR - Rack 7 | TrippLite SMART5000XFMRXL | UPS | |
| SSMC Data CTR - Rack 8 | Dell PowerConnect 7024 | Switch | |
| SSMC Data CTR - Rack 8 | Dell PowerConnect 7025 | Switch | |
| SSMC Data CTR - Rack 8 | Citrix Netscaler MPX - Pri | Appliance | NEKNU251M5 |

| SSMC Data CTR - Rack 8 | Citrix Netscaler MPX | | N3573251ED |
| SSMC Data CTR - Rack 8 | Dell Poweredge R810 | Server | 1KTM4V1 |
| SSMC Data CTR - Rack 8 | DELL EQUALLOGIC PS6100 | Appliance | 33CN4V1 |
| SSMC Data CTR - Rack 8 | TrippLite SMART5000XFMRXL | UPS | |
| SSMC Data CTR - MDF | Cisco Catalyst 3750 | Switch | FHK0919X020 |
| SSMC Data CTR - MDF | Cisco 2800 | | FTX1134Y0CY |
| SSMC Data CTR - MDF | Juniper EX3200 24PoE | Switch | BJ0210130662 |
| SSMC Data CTR | Cisco Catalyst 3750 | Switch | CAT1050ZG8C |
| SSMC Data CTR | TrippLite SMART5000XFMRXL | UPS | 2232PLCSM628700068 |
| | | | |
| MVH Data CTR - Rack 1 | Cisco ASA 5505 | Appliance | JMX1536Z046 |
| MVH Data CTR - Rack 1 | Cisco ASA 5525X | Appliance | FGL162740Z8 |
| MVH Data CTR - Rack 1 | Cisco Catalyst 2950 | | FOC1044ZAFB |
| MVH Data CTR - Rack 1 | Cisco Catalyst 2950 | | FOC1044ZAFA |
| MVH Data CTR - Rack 1 | Cisco 2800 | | FTX1046Z073 |
| MVH Data CTR - Rack 1 | Catalyst 6509 | Chasis | SAL10019KXF |
| MVH Data CTR - Rack 1 | WS-X6148-GE-TX | Module - RJ45 | CNU1AL9AAA |
| MVH Data CTR - Rack 1 | WS-X6148-GE-TX | Module - RJ45 | CNU1AL9AAA |
| MVH Data CTR - Rack 1 | WS-SUP720-3B | Module - Fabric | CNUCAFLAAA |
| MVH Data CTR - Rack 1 | WS-X6724-SFP | Module - Fiber | CNUIAK2AAB |
| MVH Data CTR - Rack 1 | WS-C6K-9SLOT-FAN2 | Fan Module Tray | CNDOAR7GAC |
| MVH Data CTR - Rack 1 | | PSU Chasis | CNM3AZOBRC |
| MVH Data CTR - Rack 1 | | PSU#1 | CNP3ARZBAA |
| MVH Data CTR - Rack 1 | | PSU#2 | CNP3ARZBAA |
| MVH Data CTR - Rack 2 | Aruba 6000 - US | | A00010561 |
| MVH Data CTR - Rack 2 | KVM | | |
| MVH Data CTR - Rack 2 | Proliant DL360 G6 | Server | MXQ01105GP |
| MVH Data CTR - Rack 2 | Proliant DL380 G4 | | 2UX64803E3 |
| MVH Data CTR - Rack 2 | Proliant DL360 G4P | Server | USM64903LX |
| MVH Data CTR - Rack 2 | Proliant DL380 G4 | Server | 2UX65002KU |
| MVH Data CTR - Rack 2 | Proliant DL360 G4P | Server | USM64903LU |
| MVH Data CTR - MDF | Juniper EX3200 24PoE | Switch | BJ0210130701 |
| MVH Data CTR | TrippLite SMART5000XFMRXL | UPS | 2232PLCSM628700067 |
| **Communication Closets** | | | |
| SSMC - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJ1 |
| SSMC - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1040ZGFJ |
| SSMC - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1034ZL1T |
| SSMC - IDF1 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210130705 |
| SSMC - IDF2 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1040ZGF8 |
| SSMC - IDF2 | Cisco Catalyst 3750 | WS-C3750-48P | FDO1137Y065 |
| SSMC - IDF2 | Juniper EX3200 24P0E | 24 Port PoE | BJ0210130759 |
| SSMC - IDF3 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1040ZGEA |
| SSMC - IDF3 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210114709 |
| SSMC - IDF4 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJY |
| SSMC - IDF4 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJL |
| SSMC - IDF5 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJGM |
| SSMC - IDF5 | Cisco Catalyst 3750 | WS-C3750-48P | FDO1214X099 |
| SSMC - IDF5 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210114422 |
| SSMC - IDF5 | Juniper SSG 320M | Gateway | JN11D555DADD |
| SSMC - IDF6 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJH8 |
| SSMC - IDF6 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKK |
| SSMC - IDF6 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJG8 |
| SSMC - IDF6 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1024Z41N |
| SSMC - IDF6 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210246186 |
| SSMC - BDF | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJ6 |
| SSMC - BDF | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJL3 |
| SSMC - BDF | Juniper EX3200 24PoE | 24 Port PoE | BJ0210097748 |

| SSMC - IDF10 | Cisco Catalyst 3750 | WS-C3750-48TS | FDO1138Z60T |
| SSMC - IDF10 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1002Z12M |
| SSMC - IDF10 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210130801 |
| SSMC - IDF11 | Cisco Catalyst 3750 | WS-C3750G-48TS | FOC1516W32K |
| SSMC - IDF11 | Juniper EX3200 24PoE | 24 Port PoE | BJ0211167681 |
| SSMC - IDF7 | Cisco Catalyst 3750 | WS-C3750-48P | CAT1049NGT2 |
| SSMC - IDF7 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJL5 |
| SSMC - IDF7 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJG3 |
| SSMC - IDF7 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJHY |
| SSMC - IDF7 | Juniper EX3200 24PoE | 24 Port PoE | BL0210321637 |
| SSMC - IDF8 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJZ |
| SSMC - IDF8 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJHW |
| SSMC - IDF8 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT0906X1UD |
| SSMC - IDF8 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210246161 |
| SSMC - IDF9 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJHE |
| SSMC - IDF9 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJGW |
| SSMC - IDF9 | Juniper EX3200 24PoE | 24 Port PoE | BJ0211167746 |
| SSMC - HR | Juniper EX3200 24PoE | 24 Port PoE | BJ0210116220 |
| SSMC - IDF12 - Tel | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1117RGE9 |
| | | | |
| MVH - IDF - Base | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJK2 |
| MVH - IDF - Base | Juniper EX3200 24PoE | 24 Port PoE | BJ0210116215 |
| MVH - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKB |
| MVH - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKV |
| MVH - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJL0 |
| MVH - IDF1 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1122NHEA |
| MVH - IDF1 | Cisco Catalyst 3750 | WS-C3750-48P | FDO1136ZAC4 |
| MVH - IDF1 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210130780 |
| MVH - IDF2T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJK0 |
| MVH - IDF2T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKL |
| MVH - IDF2T | Juniper EX3200 24PoE | 24 Port PoE | BJ0210114579 |
| MVH - IDF2S | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJB |
| MVH - IDF2S | Juniper EX3200 24PoE | 24 Port PoE | BJ0210116214 |
| MVH - IDF3 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJHP |
| MVH - IDF3 | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKW |
| MVH - IDF3 | Juniper EX3200 24PoE | 24 Port PoE | BJ0210114686 |
| MVH - IDF3T | Cisco Catalyst 3750 | WS-C3750-48P | FDO1227Z016 |
| MVH - IDF3T | Juniper EX3200 24PoE | 24 Port PoE | BJ0210034940 |
| MVH - IDF4T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJC |
| MVH - IDF4T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJKZ |
| MVH - IDF4T | Juniper EX3200 24PoE | 24 Port PoE | BJ0210116133 |
| MVH - IDF6T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJJN |
| MVH - IDF6T | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1038ZJL4 |
| MVH - IDF6T | Juniper EX3200 24PoE | 24 Port PoE | BJ0210116211 |
| MVH - IDF6W | Cisco Catalyst 3750 | WS-C3750-48P | FDO1137Y060 |
| MVH - IDF6W | Juniper EX3200 24PoE | 24 Port PoE | BJ0210246183 |
| MVH - IDF4SON | Cisco Catalyst 3750 | WS-C3750-48TS | CAT10355NWG |
| MVH - IDF4SONLIB | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1042ZGAK |
| MVH - IDF4SONLIB | Juniper EX3200 24PoE | 24 Port PoE | BJ0209369795 |
| MVH - Telecom | Cisco Catalyst 3750 | WS-C3750-48TS | CAT1117ZK0Y |

Page No: 1                              **Attachment A**                    Date:  6/22/2011

**Lessee:**    Sound Shore Medical Center of Westchester
**Schedule:**    IT-3

Equipment Located At:    Sound Shore Medical Center of Westch
                         16 Guion Place
                         New Rochelle, NY 10801

| Qty | Model | Manufacturer | Description | Serial Number |
|---|---|---|---|---|
| 1 | install | Aruba | Configuration, Installation, Optimization and training hours | |
| 2 | M3mk1-S | Aruba | Aruba Multi-Service Mobility Module Mark I, 10x1000 Base-X (SFP), 2x 10GBase-X (XFP), (OAP) | |
| 2 | LIC-384-AP | Aruba | Access Point License (384 Access Point License) | |
| 2 | LIC-PEFNG-384 | Aruba | Policy Enforcement Firewall Module License (384-AP License) | |
| 2 | SN1-M3MK1-S | Aruba | Next-Day Support for M3Mk1-S (1yr) | |
| 2 | SN1-LIC-384-AP | Aruba | Support for LIC-384-AP (1yr) | |
| 2 | SN1-LIC-PEFNG-38 | Aruba | Support for LIC-PEFNG 384 (1yr) | |
| 2 | 6000 | Aruba | Aruba 6000 Base (400) US | |
| 2 | LIC-16-AP | Aruba | Access Point License (16 Access Point License) | |
| 2 | LIC-PEFNG-16 | Aruba | Policy Enforcement Firewall Module License (16-AP License) | |
| 6 | AP-124 | Aruba | Aruba 124 Wireless Access Point | |
| 2 | SN1-6000-400-US | Aruba | Next-Day Support for 6000-400-US (1yr) | |
| 399 | AP-105 | Aruba | Aruba 105 Wireless Access Point (Dual Radio | |
| 2 | LIC-8-AP | Aruba | Access Point License (8 Access Point License) | |
| 2 | LIC-FEFNG-8 | Aruba | Policy Enforcement Firewall Module License (8-AP License) | |
| 6 | AP-ANT-93 | Aruba | 5.125-5.1Ghz (14.0dBi), 3 Element MIMO High-Gain 20 Degree Directional Pansi Antenna, N-Tipe Female | |
| 5 | OTENC | Aruba | Outdoor Enclosure | |
| 2 | SN1-LIC-16-AP | Aruba | Support for LIC-16-AP (1yr) | |
| 2 | SN1-LIC-PEFNG-16 | Aruba | Support for LIC-PEFNG-16 (1yr) | |
| 6 | PD7001-AC | Aruba | High Powered PoE | |
| 2 | SN1-LIC-8-AP | Aruba | Support for LIC-8-AP (1yr) | |

Lessee Initial:

Lessor Initial:

Acknowledges Pages 1 through 2

Page No: 2                    **Attachment A**                    Date: 6/22/2011

| | Lessee: | Sound Shore Medical Center of Westchester | | |
|---|---|---|---|---|
| | Schedule: | IT-3 | | |
| 2 | SN1-LIC-PEFNG-8 | Aruba | Support for LIC-PEFNG-8 (1yr) | |
| 5 | RAP-2WG-US | Aruba | Aruba RAP-2WG remote access point (wireless, 2x10/100Base-T) US | |
| 5 | OTENC-MNT | Aruba | Outdoor Enclosure Mount | |
| 14 | AP-CAB-6 | Aruba | 6Ft LMR 400 Cable N-Tipe Connectors | |
| 5 | MASTMNT | Aruba | Mast Mount | |
| 5 | MAST | Aruba | 6ft Mast | |
| 399 | AP-105-MNT-C | Aruba | Aruba AP-105 Ceiling Rail adapter Kit | |
| 5 | SNI-RAP-2WG-US | Aruba | Next-Day Support for RAP-2WG-US (1yr) | |
| 4 | SFP-TX | Aruba | Aruba SFP 1000Base-T, RJ45 | |
| 4 | PC-AC-NA | Aruba | AC Power Cord (North America Version) | |
| 25 | EX3200 | Juniper | Juniper EX 3200 24P -Switch -24 Port 1000B | BJ0209369795 |
| | | | | BJ0210034940 |
| | | | | BJ0210034987 |
| | | | | BJ0210036186 |
| | | | | BJ0210097748 |
| | | | | BJ0210114422 |
| | | | | BJ0210114579 |
| | | | | BJ0210114686 |
| | | | | BJ0210114709 |
| | | | | BJ0210116133 |
| | | | | BJ0210116211 |
| | | | | BJ0210116214 |
| | | | | BJ0210116215 |
| | | | | BJ0210116220 |
| | | | | BJ0210130662 |
| | | | | BJ0210130701 |
| | | | | BJ0210130705 |
| | | | | BJ0210130707 |
| | | | | BJ0210130759 |
| | | | | BJ0210130780 |
| | | | | BJ0210130801 |
| | | | | BJ0210130802 |
| | | | | BJ0210246161 |
| | | | | BJ0210246183 |
| | | | | BJ0210246186 |

**Attachment A**

Page No: 6

Date: 9/12/2011

**Lessee:** Sound Shore Medical Center of
**Schedule:** IT-4

CNW1201231
CNW1201232
CNW1201233
CNW1201234
CNW1201235
CNW1201236
CNW1201237
CNW1201238
CNW1201239
CNW120124B
CNW120124C
CNW120124D
CNW120124F
CNW120124G
CNW120124J
CNW120124K
CNW120124L
CNW120124M
CNW120124N
CNW120124P
CNW120124Q
CNW120124R
CNW120124S
CNW120124T
CNW120124V
CNW120124W
CNW120124X
CNW120124Y
CNW120124Z
CNW1201240
CNW1201241
CNW1201243
CNW1201244
CNW1201245
CNW1201246
CNW1201247
CNW1201248
CNW1201249
CNW120125B
CNW120125C
CNW120125D
CNW120125F
CNW120125G
CNW120125H
CNW120125J
CNW120125K
CNW120125L
CNW120125M
CNW120125N
CNW120125P
CNW120125Q
CNW120125R
CNW120125S

**Page No: 7**        # Attachment A        **Date: 9/12/2011**

| | |
|---|---|
| **Lessee:** | Sound Shore Medical Center of |
| **Schedule:** | IT-4 |

CNW120125T
CNW120125V
CNW120125W
CNW120125X
CNW120125Y
CNW120125Z
CNW1201250
CNW1201251
CNW1201252
CNW1201253
CNW1201254
CNW1201255
CNW1201256
CNW1201257
CNW1201258
CNW1201259
CNW120126B
CNW120126C
CNW120126D
CNW120126F
CNW120126G
CNW120126H
CNW120126J
CNW120126K
CNW120126L
CNW120126M
CNW120126P
CNW120126Q
CNW120126R
CNW120126S
CNW120126T
CNW120126V
CNW120126W
CNW120126X
CNW120126Y
CNW120126Z
CNW1201260
CNW1201261
CNW1201262
CNW1201263
CNW1201264
CNW1201265
CNW1201266
CNW1201267
CNW1201268
CNW1201269
CNW120127B
CNW120127C
CNW120127D
CNW120127F
CNW120127G
CNW120127H
CNW120127J

**Page No: 8**                    **Attachment A**                    Date: **9/12/2011**

**Lessee:**    Sound Shore Medical Center of
**Schedule:**    IT-4

CNW120127K
CNW120127L
CNW120127M
CNW120127N
CNW120127P
CNW120127Q
CNW120127R
CNW120127S
CNW120127T
CNW120127V
CNW120127X
CNW120127Y
CNW120127Z
CNW1201270
CNW1201271
CNW1201272
CNW1201273
CNW1201274
CNW1201275
CNW1201276
CNW1201277
CNW1201278
CNW1201279
CNW120128B
CNW120128C
CNW120128D
CNW120128F
CNW120128G
CNW120128H
CNW120128J
CNW120128L
CNW120128M
CNW120128N
CNW120128Q
CNW120128R
CNW120128S
CNW120128T
CNW120128V
CNW120128W
CNW120128X
CNW120128Y
CNW120128Z
CNW1201280
CNW1201281
CNW1201282
CNW1201283
CNW1201284
CNW1201285
CNW1201286
CNW1201287
CNW1201288
CNW1201289
CNW120129B

# Attachment A

Date: 9/12/2011

| Lessee: | Sound Shore Medical Center of |
|---------|-------------------------------|
| Schedule: | IT-4 |

|     |        |    |                                                                                                                                                                      |              |
|-----|--------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
|     |        |    |                                                                                                                                                                      | CNW120129C   |
|     |        |    |                                                                                                                                                                      | CNW120129D   |
|     |        |    |                                                                                                                                                                      | CNW120129F   |
|     |        |    |                                                                                                                                                                      | CNW120129G   |
|     |        |    |                                                                                                                                                                      | CNW120129H   |
|     |        |    |                                                                                                                                                                      | CNW120129J   |
|     |        |    |                                                                                                                                                                      | CNW120129K   |
|     |        |    |                                                                                                                                                                      | CNW120129L   |
|     |        |    |                                                                                                                                                                      | CNW120129M   |
|     |        |    |                                                                                                                                                                      | CNW120129N   |
|     |        |    |                                                                                                                                                                      | CNW120129P   |
|     |        |    |                                                                                                                                                                      | CNW120129Q   |
|     |        |    |                                                                                                                                                                      | CNW120129R   |
|     |        |    |                                                                                                                                                                      | CNW120129S   |
|     |        |    |                                                                                                                                                                      | CNW120129T   |
|     |        |    |                                                                                                                                                                      | CNW120129V   |
|     |        |    |                                                                                                                                                                      | CNW120129W   |
|     |        |    |                                                                                                                                                                      | CNW120129X   |
|     |        |    |                                                                                                                                                                      | CNW120129Y   |
|     |        |    |                                                                                                                                                                      | CNW120129Z   |
|     |        |    |                                                                                                                                                                      | CNW1201290   |
|     |        |    |                                                                                                                                                                      | CNW1201291   |
|     |        |    |                                                                                                                                                                      | CNW1201292   |
|     |        |    |                                                                                                                                                                      | CNW1201293   |
|     |        |    |                                                                                                                                                                      | CNW1201294   |
|     |        |    |                                                                                                                                                                      | CNW1201295   |
|     |        |    |                                                                                                                                                                      | CNW1201296   |
|     |        |    |                                                                                                                                                                      | CNW1201297   |
|     |        |    |                                                                                                                                                                      | CNW1201298   |
|     |        |    |                                                                                                                                                                      | CNW1201299   |
| 20  | T5740E | HP | HP T5740E N280 Intel Atom N280 1.66 GHz, 4 GB Flash ROM, 2 GB DDR3 SDRAM, Intel GL40 graphics, Atheros 802.11 a/b/g/n Wi-Fi adapter, Genuine Windows Embedded Standard 7 | CNW1190NTG   |
|     |        |    |                                                                                                                                                                      | CNW1190NTM   |
|     |        |    |                                                                                                                                                                      | CNW1190NTR   |
|     |        |    |                                                                                                                                                                      | CNW1190NVG   |
|     |        |    |                                                                                                                                                                      | CNW1190NVL   |
|     |        |    |                                                                                                                                                                      | CNW1190NVS   |
|     |        |    |                                                                                                                                                                      | CNW1190NV0   |
|     |        |    |                                                                                                                                                                      | CNW1190NWF   |
|     |        |    |                                                                                                                                                                      | CNW1190NWX   |
|     |        |    |                                                                                                                                                                      | CNW1190NXY   |
|     |        |    |                                                                                                                                                                      | CNW1190NX0   |
|     |        |    |                                                                                                                                                                      | CNW1190NX1   |
|     |        |    |                                                                                                                                                                      | CNW1190NX2   |
|     |        |    |                                                                                                                                                                      | CNW1190NX3   |
|     |        |    |                                                                                                                                                                      | CNW1190NX6   |
|     |        |    |                                                                                                                                                                      | CNW1190NX8   |
|     |        |    |                                                                                                                                                                      | CNW1190P1G   |
|     |        |    |                                                                                                                                                                      | CNW1190P2X   |
|     |        |    |                                                                                                                                                                      | CNW1190P3G   |
|     |        |    |                                                                                                                                                                      | CNW1190P5N   |

# Attachment A

| | **Lessee:** | Sound Shore Medical Center of | | |
|---|---|---|---|---|
| | **Schedule:** | IT-4 | | |
| 35 | CB518A | HP | HP Laser Jet P4014 500SHT Input Tray / Feeder | CNBXD09655<br>CNBXD09669<br>CNBXD12543<br>CNBXD12544<br>CNBXD12548<br>CNBXD12550<br>CNBXD12554<br>CNBXD12556<br>CNBXD12602<br>CNBXD12617<br>CNBXD12618<br>CNBXD12620<br>CNBXD12621<br>CNBXD12622<br>CNBXD12623<br>CNBXD12624<br>CNBXD12625<br>CNBXD12626<br>CNBXD12629<br>CNBXD12630<br>CNBXD15532<br>CNBXD15534<br>CNBXD15740<br>CNBXD15827<br>CNBXD15828<br>CNBXD15833<br>CNBXD15906<br>CNBXD15915<br>CNBXD15916<br>CNBXD15918<br>CNBXD15921<br>CNBXD15922<br>CNBXD15923<br>CNBXD15925<br>CNBXD15930 |
| 400 | LA1905WG | HP | 19inch Wide DVI HP HA Monitor; 1000:1 static, 3000:1 dynamic | CNC1160G1S<br>CNC1160G1T<br>CNC1160G1V<br>CNC1160G1W<br>CNC1160G1Y<br>CNC1160G1Z<br>CNC1160G17<br>CNC1160G2B<br>CNC1160G2C<br>CNC1160G2D<br>CNC1160G2F<br>CNC1160G2G<br>CNC1160G2H<br>CNC1160G2J<br>CNC1160G2K<br>CNC1160G2L<br>CNC1160G2M |

| | | |
|---|---|---|
| **Page No: 11** | **Attachment A** | **Date:  9/12/2011** |

**Lessee:**      Sound Shore Medical Center of
**Schedule:**    IT-4

CNC1160G2N
CNC1160G2P
CNC1160G2Q
CNC1160G2R
CNC1160G2S
CNC1160G2T
CNC1160G2V
CNC1160G2W
CNC1160G2X
CNC1160G2Y
CNC1160G2Z
CNC1160G20
CNC1160G21
CNC1160G22
CNC1160G23
CNC1160G24
CNC1160G25
CNC1160G26
CNC1160G27
CNC1160G28
CNC1160G29
CNC1160G3B
CNC1160G3C
CNC1160G3D
CNC1160G3F
CNC1160G3G
CNC1160G3H
CNC1160G3J
CNC1160G3K
CNC1160G3L
CNC1160G3M
CNC1160G3N
CNC1160G3P
CNC1160G3Q
CNC1160G3R
CNC1160G3S
CNC1160G3T
CNC1160G3V
CNC1160G3W
CNC1160G30
CNC1160G31
CNC1160G32
CNC1160G33
CNC1160G34
CNC1160G35
CNC1160G36
CNC1160G37
CNC1160G38
CNC1160G39
CNC11605SN
CNC11605SP
CNC11605SQ
CNC11605SR

**Page No: 12**                    # Attachment A                    **Date: 9/12/2011**

**Lessee:**        Sound Shore Medical Center of
**Schedule:**      IT-4

CNC11605SS
CNC11605ST
CNC11605SV
CNC11605SW
CNC11605SX
CNC11605SY
CNC11605SZ
CNC11605TB
CNC11605TC
CNC11605TD
CNC11605TF
CNC11605TG
CNC11605TH
CNC11605TK
CNC11605TL
CNC11605TM
CNC11605TN
CNC11605TP
CNC11605TQ
CNC11605TR
CNC11605TS
CNC11605TT
CNC11605TV
CNC11605TW
CNC11605TX
CNC11605TY
CNC11605TZ
CNC11605T0
CNC11605T1
CNC11605T2
CNC11605T3
CNC11605T4
CNC11605T5
CNC11605T6
CNC11605T7
CNC11605T8
CNC11605T9
CNC11605VB
CNC11605VC
CNC11605VD
CNC11605VF
CNC11605VG
CNC11605VH
CNC11605VJ
CNC11605VK
CNC1180RHB
CNC1180RHC
CNC1180RHD
CNC1180RHF
CNC1180RHG
CNC1180RHH
CNC1180RHJ
CNC1180RHK

# Attachment A

**Page No: 13**                                          **Date:  9/12/2011**

**Lessee:**      Sound Shore Medical Center of
**Schedule:**    IT-4

CNC1180RHL
CNC1180RHM
CNC1180RHN
CNC1180RHP
CNC1180RHQ
CNC1180RHR
CNC1180RH0
CNC1180RH1
CNC1180RH2
CNC1180RH3
CNC1180RH4
CNC1180RH5
CNC1180RH6
CNC1180RH7
CNC1180RH8
CNC1180RH9
CNC1180R4P
CNC1180R42
CNC1180R46
CNC1180R7W
CNC1180R8G
CNC11605VL
CNC11605VM
CNC11605VN
CNC11605VP
CNC11605VQ
CNC11605VR
CNC11605VT
CNC11605V0
CNC11605V1
CNC11605V2
CNC11605V3
CNC11605V4
CNC11605V5
CNC11605V6
CNC11605V7
CNC11605V8
CNC11605V9
CNC11605X6
CNC11606B0
CNC11606B1
CNC11606B2
CNC11606B3
CNC11606FB
CNC11606FF
CNC11606FK
CNC11606FL
CNC11606HY
CNC11606TQ
CNC11606TS
CNC11606TT
CNC11606TV
CNC11606TW

**Page No: 14**                    **Attachment A**                    Date:  9/12/2011

---

**Lessee:**     Sound Shore Medical Center of
**Schedule:**   IT-4

CNC11606TX
CNC11606TY
CNC11606TZ
CNC11606VB
CNC11606VC
CNC11606VD
CNC11606VF
CNC11606VG
CNC11606VH
CNC11606VJ
CNC11606VK
CNC11606VL
CNC11606VM
CNC11606VN
CNC11606VP
CNC11606VR
CNC11606VS
CNC11606VT
CNC11606VV
CNC11606VW
CNC11606VX
CNC11606VY
CNC11606VZ
CNC11606V0
CNC11606V1
CNC11606V2
CNC11606V3
CNC11606V4
CNC11606V5
CNC11606V6
CNC11606V7
CNC11606V8
CNC11606V9
CNC11606WB
CNC11606WC
CNC11606WD
CNC11606WF
CNC11606WG
CNC11606WH
CNC11606WJ
CNC11606WK
CNC11606WL
CNC11606WM
CNC11606WN
CNC11606WP
CNC11606WQ
CNC11606WR
CNC11606WS
CNC11606WT
CNC11606W0
CNC11606W1
CNC11606W2
CNC11606W4

# Attachment A

**Lessee:**      Sound Shore Medical Center of
**Schedule:**   IT-4

CNC11606W5
CNC11606W6
CNC11606W7
CNC11606W8
CNC11606W9
CNC1160632
CNC116064B
CNC116064C
CNC116064D
CNC116064F
CNC116064G
CNC116064H
CNC116064J
CNC116064K
CNC116064L
CNC116064M
CNC116064N
CNC116064P
CNC116064Q
CNC116064R
CNC116064S
CNC116064T
CNC116064V
CNC116064W
CNC116064X
CNC116064Y
CNC116064Z
CNC1160644
CNC1160646
CNC1160647
CNC1160648
CNC1160649
CNC116065B
CNC116065C
CNC116065D
CNC116065F
CNC116065G
CNC116065H
CNC116065J
CNC116065K
CNC116065L
CNC116065M
CNC116065N
CNC116065P
CNC116065R
CNC116065S
CNC116065T
CNC116065V
CNC116065W
CNC116065X
CNC116065Y
CNC116065Z
CNC1160650

**Page No: 16**                    **Attachment A**                    **Date:  9/12/2011**

| | |
|---|---|
| **Lessee:** | Sound Shore Medical Center of |
| **Schedule:** | IT-4 |

CNC1160651
CNC1160652
CNC1160653
CNC1160654
CNC1160655
CNC1160656
CNC1160657
CNC1160658
CNC1160659
CNC116066B
CNC116066P
CNC1160660
CNC1160661
CNC1160662
CNC1160663
CNC1160664
CNC1160665
CNC1160666
CNC1160667
CNC1160668
CNC1160669
CNC116067X
CNC116067Z
CNC1160675
CNC116068B
CNC116068C
CNC116068D
CNC116068F
CNC116068G
CNC116068H
CNC116068K
CNC116068L
CNC116068M
CNC116068N
CNC116068P
CNC116068Q
CNC116068R
CNC116068T
CNC116068V
CNC116068X
CNC116068Y
CNC116068Z
CNC1160680
CNC1160681
CNC1160682
CNC1160683
CNC1160684
CNC1160685
CNC1160686
CNC1160687
CNC1160688
CNC1160689
CNC116069B

**Attachment A**

Date:  9/12/2011

| | |
|---|---|
| **Lessee:** | Sound Shore Medical Center of |
| **Schedule:** | IT-4 |

CNC116069D
CNC116069F
CNC116069G
CNC116069H
CNC116069J
CNC116069K
CNC116069L
CNC116069M
CNC116069N
CNC116069P
CNC116069Q
CNC116069R
CNC116069S
CNC116069T
CNC116069V
CNC116069W
CNC116069X
CNC116069Y
CNC116069Z
CNC1160690
CNC1160691
CNC1160692
CNC1160693
CNC1160694
CNC1160695
CNC1160696
CNC1160697
CNC1160699
CNC1180QVN
CNC1180RFG
CNC1180RFS
CNC1180RFV
CNC1180RFW
CNC1180RFX
CNC1180RFY
CNC1180RFZ
CNC1180RGB
CNC1180RGC
CNC1180RGD
CNC1180RGF
CNC1180RGG
CNC1180RGH
CNC1180RGJ
CNC1180RGK
CNC1180RGL
CNC1180RGM
CNC1180RGN
CNC1180RGP
CNC1180RGR
CNC1180RGS
CNC1180RGT
CNC1180RGV
CNC1180RGW

# Attachment A

**Page No: 18**

**Date:  9/12/2011**

**Lessee:** Sound Shore Medical Center of
**Schedule:** IT-4

|     |     |     |     |     |
|-----|-----|-----|-----|-----|
|     |     |     |     | CNC1180RGX |
|     |     |     |     | CNC1180RGY |
|     |     |     |     | CNC1180RGZ |
|     |     |     |     | CNC1180RG0 |
|     |     |     |     | CNC1180RG2 |
|     |     |     |     | CNC1180RG3 |
|     |     |     |     | CNC1180RG4 |
|     |     |     |     | CNC1180RG5 |
|     |     |     |     | CNC1180RG6 |
|     |     |     |     | CNC1180RG7 |
|     |     |     |     | CNC1180RG8 |
|     |     |     |     | CNC1180RG9 |
| 400 | VN567AA | HP | HP Display Port Cable Kit | |
| 3 | EX3200 | Juniper | Juniper EX3200 24PT 1000B POE 600W | BJ021167681<br>BJ021167702<br>BJ021167746 |
| 400 | K64617 | Kensington | Kingsington Desktop / Periph Lock Kit | |
| 1 | 228-09492 | Microsoft | VLA Microsoft SQL Server 2008 R2-Standard-License Contract Code: PT65196-MICROSOFT | |
| 4 | P71-06392 | Microsoft | VLA WINDOWS SERVER DATACENTER PER PROCESSOR 2008 R2 CONTRACT CODE: PT65196 MICROSOFT | |
| 3 | P73-05005 | Microsoft | VLA Windows Server STD 2008 R2 | |
| 25 | FS108NA | Netgear | Netgear 8PT 10/100 Switch FS108 | |
| 400 | STM042 | Seal Shield | Seal Shield Silver Storm OP Mouse PS2 | |
| 400 | STK503 | Seal Shield | Seal Shield Silver Storm KB USB Black | |
| 2 | 10-504001 | Solgenia USA | Sound Shore Medical Facsys 5 E NT Cleint Server Lic for Vein Server 10 User Lic | |
| 2 | 30-500050 | Solgenia USA | Facsys 5 Enterprise Fast Annual | |
| 2 | 20-500010 | Solgenia USA | Sound Shore Medical Facsys 5En T-10USER Client Licc Contract Code: PT65196-MICROSOFT | |
| 40 | TSP847IIE3-24 | Star Micronics | Star Micronics TSP847IIE3-24 GRY RX US, Thermal, Printer, 2 Color, Cutter/Tear Bar, LAN, Gray, Paper Lock, Includes PS PS60A-24B External Power Supply and New LAN IFBD-HE07 Included | 2370911030600001<br>2370911030600002<br>2370911030600003<br>2370911030600005<br>2370911030600006<br>2370911030600007<br>2370911030600013<br>2370911030600014<br>2370911030600017<br>2370911030600018<br>2370911030600019<br>2370911030600021 |

**Page No: 19**                      # Attachment A                      **Date: 9/12/2011**

| **Lessee:** | Sound Shore Medical Center of |
| **Schedule:** | IT-4 |

2370911030600023
2370911030600024
2370911030600025
2370911030600029
2370911030600030
2370911030600034
2370911030600035
2370911030600036
2370911030600037
2370911030600038
2370911030600039
2370911030600040
2370911030600042
2370911030600043
2370911030600044
2370911030600046
2370911030600053
2370911030600059
2370911030600061
2370911030600064
2370911030600076
2370911030600078
2370911030600079
2370911030600080
2370911030600089
2370911030600096
2370911030600108
2370911030600112

| 3 | SMART5000XFMRX | Tripp Lite | TRIPP 5000VA UPS Smart 5KVA 120/208V |
| 3 | SR42UB | Tripp Lite | Tripp 42U Rack Enclosure DRS&Sides |
| 3 | SNMPWEBCARD | Tripp Lite | Tripp SW SNMP/WEB MGMT ACCESSO |
| 6 | PDUMH20 | Tripp Lite | Tripp PDU Metered 20A 5-15/20R 12Out |
| 1 | | vendor freight | Freight |

| Page No: 1 | **Attachment A** | Date: 11/15/2011 |
|---|---|---|

**Lessee:** Sound Shore Medical Center of Westchester
**Schedule:** IT-5

Equipment Located At:   Sound Shore Medical Center of Westchester
16 Guion Place
New Rochelle, NY 10801

| Qty | Model | Manufacturer | Description | Serial Number |
|---|---|---|---|---|
| 8 | WS-C3750-48TS-S | Cisco | Catalyst 3750 48 Port 10/100 Inline Power Switch with 4SFP Standard Image Software | FDO1136ZAC4<br>CAT1049NGT2<br>FDO1227Z016<br>FDO1137Y065<br>CAT1049NGSK<br>FDO1214X099<br>CAT1050ZG8C<br>FDO1137Y060 |
| 8 | CAB-STACK-3M | Cisco | Cisco Stackwise 3M Stacking Cable Spare per attached Quote #10635210 | |
| 8 | GLC-SX-MM-CX | Cisco | New Compatible GIG SX MMF SFP with LC Connectors and Lifetime Warranty | CXSXA13318<br>CXSXA13315<br>CXSXA13332<br>CXSXA13331<br>CXSXA13320<br>CXSXA13319<br>CXSXA13333<br>CXSXA13367 |
| 8 | RAPIDCARE-E | Cisco | Rapidcare coverage includes next business day advanced Network Hardware replacement | |
| 46 | L-S10-01-0 | Enovate | Enovate LITE Medical Cart - Ultra w/Laptop Secure Bar Keyboard Sys Lvl1 | |
| 1 | EX3200-48P | Juniper | Juniper EX3200 48PT 1000B POE 930W | BL0210460968 |
| 1 | SSG-320M-SH | Juniper | Juniper Networks Secure Services Gateway SSG 320M - security appliance 0 / 3 - Ethernet, Fast Ethernet, Gigabit Ethernet, HDLC, Frame Relay, PPP, MLPPP, FRF.15, FRF.16 - 2U | SJN11D555DADD |
| 1 | NS-WF-SSG320-3 | Juniper | Juniper SSG320M WEB Filter 3 year subscription | |
| 1 | SVC-ND-SSG320SR | Juniper | Juniper J-Care 3 year next day SSG320 | |
| 64 | ThinkPad T520 | Lenovo | Lenovo ThinkPad T520 - Core i5 2520M 2.5 GHz - vPro - RAM 4 GB - HDD 320 GB - DVD-Writer - HD Graphics 3000 - 3G Upgradable - Gigabit Ethernet - WLAN : 802.11 a/b/g/n, Bluetooth 3.0 - TPM - Windows 7 Pro 64-bit - 15.6" Widescreen LED backlight TFT 1366 x 768 ( WXGA ), 250GB 7.2K SATA Hard Drive with Computrace Complete 3 years | 1S423946UR9EYVAB<br>1S423946UR9EYVBC<br>1S423946UR9EYVB3<br>1S423946UR9EYVNC<br>1S423946UR9EYVVG<br>1S423946UR9EYVXZ<br>1S423946UR9EYVX3<br>1S423946UR9EYVY0<br>1S423946UR9EYVZ2<br>1S423946UR9EYV9N |

Certified True Correct Copy

Acknowledges Pages 1-6:   Lessee Initial:

Lessor Initial:

John W. Ford
Chief Executive Officer

# Attachment A

Page No:  2

Date:  11/15/2011

Lessee:        Sound Shore Medical Center of Westchester
Schedule:      IT-5

1S423946UR9EYW05
1S423946UR9EYW34
1S423946UR9EYW4L
1S423946UR9EYW5F
1S423946UR9EYW5M
1S423946UR9EYW5N
1S423946UR9EYW5W
1S423946UR9EYW51
1S423946UR9EYW6F
1S423946UR9EYW63
1S423946UR9EYRKT
1S423946UR9EYTB9
1S423946UR9EYTD3
1S423946UR9EYTFW
1S423946UR9EYT6V
1S423946UR9EYT8N
1S423946UR9EYVG0
1S423946UR9EYVH3
1S423946UR9EYVLP
1S423946UR9EYVMM
1S423946UR9EYVN3
1S423946UR9EYWWF
1S423946UR9EYWWM
1S423946UR9EYWWV
1S423946UR9EYWWZ
1S423946UR9EYVXK
1S423946UR9EYVXX
1S423946UR9EYVX5
1S423946UR9EYVX7
1S423946UR9EYVYB
1S423946UR9EYVYK
1S423946UR9EYVZ1
1S423946UR9EYV5Y
1S423946UR9EYW0X
1S423946UR9EYW1D
1S423946UR9EYW1K
1S423946UR9EYW1L
1S423946UR9EYW14
1S423946UR9EYW17
1S423946UR9EYW2A
1S423946UR9EYW2H
1S423946UR9EYW21
1S423946UR9EYW3B
1S423946UR9EYW3N
1S423946UR9EYW30
1S423946UR9EYW5H
1S423946UR9EYW5P
1S423946UR9EYW5R
1S423946UR9EYW58
1S423946UR9EYW6B
1S423946UR9EYW6T
1S423946UR9EYW6W
1S423946UR9EYW67

Certified True
Correct Copy

John W. Ford
Chief Executive Officer

## Attachment A

Page No: 3                                                                 Date: 11/15/2011

| Lessee: | Sound Shore Medical Center of Westchester |
|---------|-------------------------------------------|
| Schedule: | IT-5 |

1S423946UR9EYRX2

| | | | | |
|---|---|---|---|---|
| 3 | ThinkCentre A70z | Lenovo | Lenovo ThinkCentre A70z - 1 x Core 2 Duo E7500 / 2.93 GHz - RAM 4 GB - HDD 1 x 500 GB - DVD-Writer - GMA X4500 - Gigabit Ethernet - WLAN : 802.11b/g/n - Windows 7 Pro 64-bit - Monitor : 19" Widescreen TFT per attached Quote #CHNR494 | 1S0401U3US1X6691<br>1S0401U3US1X6878<br>1S0401U3US1X7570 |
| 35 | DS4208-SCZU0100Z | Motorola | Motorola DS4208-Healthcare - USB Kit White barcode scanner | SM1N74K13M<br>SM1N74K13P<br>SM1N74K13R<br>SM1N74K45V<br>SM1N74K45W<br>SM1N74K45Y<br>SM1N74P33M<br>SM1N74W06A<br>SM1N74W06B<br>SM1N74W06C<br>SM1N74W06D<br>SM1N74W06E<br>SM1N74W06F<br>SM1N74W06G<br>SM1N74W06H<br>SM1N74W06K<br>SM1N74W06M<br>SM1N74W06N<br>SM1N74W06R<br>SM1N74W29G<br>SM1N74W31D<br>SM1N74E51H<br>SM1N74E53T<br>SM1N74E53W<br>SM1N74E54B<br>SM1N74E54D<br>SM1N74E54E<br>SM1N74E54F<br>SM1N74E54N<br>SM1N74E54P<br>SM1N74E54R<br>SM1N74E54T<br>SM1N74E54V<br>SM1N74E55G<br>SM1N74E55H |
| 55 | KV-S1025C-S | Panasonic | Panasonic KV S1025C-S Hi-Speed USB, Document Scanner, 26 PPM max scan speed B/W, 26 PPM max scan speed color, 600 dpi max H-optical resolution, 600 dpi max V-optical resolution | 2413RH1758<br>2413RH1768<br>2413RH1769<br>2413RH1775<br>2413RH1780<br>2413RH1783<br>2413RH1785<br>2413RH1795<br>2413RH1796 |

This Is a Certified True and Correct Copy

John W. Ford
Chief Executive Officer

# Attachment A

Page No: 4

Date: 11/15/2011

Lessee:      Sound Shore Medical Center of Westchester
Schedule:   IT-5

2413RH1799
2417RH3614
2417RH3620
2417RH3627
2417RH3630
2417RH3633
2417RH3635
2417RH3636
2417RH3637
2417RH3642
2417RH3643
2417RH3644
2417RH3645
2417RH3646
2417RH3647
2417RH3654
2417RH3661
2417RH3695
2417RH3705
2417RH3716
2417RH3718
2417RH3719
2417RH3720
2417RH3721
2417RH3722
2417RH3724
2417RH3725
2417RH3726
2417RH3727
2417RH3728
2417RH3729
2417RH3730
2417RH3731
2417RH3732
2417RH3733
2417RH3736
2417RH3737
2417RH3738
2417RH3739
2417RH3740
2417RH3741
2417RH3744
2417RH3746
2417RH3750
2417RH3756

| | | | | |
|---|---|---|---|---|
| 5 | MobileOffice D28 | PlusTek | Plustek MobileOffice D28 Corporate Hi-Speed USB Sheetfed scanner, 600 dpi max H-optical resolution, 600 dpi max V-optical resolution, 48-bit color | |
| 4 | ZM400 | Zebra | Zebra ZM400 - Label printer - B/W - direct thermal / thermal transfer - Roll (4.5 in) - 300 dpi - up to 479.5 inch/min - Parallel, Serial, USB | 08J111500262 08J111500267 08J11150027 |

This is a Certified True and Correct Copy

John W. Ford
Chief Executive Officer

# Attachment A

Page No: 6

Date: **11/15/2011**

**Lessee:** Sound Shore Medical Center of Westchester
**Schedule:** IT-5

08J111500278

| | | | | |
|---|---|---|---|---|
| 1 | GX430t | Zebra | Zebra GX430t - Label printer - B/W - direct thermal / thermal transfer - Roll (4.25 in) - 300 dpi - up to 240.9 inch/min - Serial, USB, 10/100Base-TX | 32J112400381 |
| 3 | GX430t | Zebra | Zebra GX430t - Label printer - B/W - direct thermal / thermal transfer - Roll (4.25 in) - 300 dpi - up to 240.9 inch/min - Serial, USB, 10/100Base-TX | 32J113100314<br>32J113100323<br>32J113100332 |
| 75 | GX430t | Zebra | Zebra GX430t - Label printer - B/W - direct thermal / thermal transfer - Roll (4.25 in) - 300 dpi - up to 240.9 inch/min - Serial, USB, 10/100Base-TX | 32J105200265<br>32J111800002<br>32J111800003<br>32J111800004<br>32J111800006<br>32J111800007<br>32J111800008<br>32J111800009<br>32J111800010<br>32J111800011<br>32J111800012<br>32J111800014<br>32J111800015<br>32J111800016<br>32J111800017<br>32J111800018<br>32J111800019<br>32J111800020<br>32J111800021<br>32J111800022<br>32J111800024<br>32J111800025<br>32J111800026<br>32J111800028<br>32J111800029<br>32J111800030<br>32J111800031<br>32J111800032<br>32J111800034<br>32J111800035<br>32J111800036<br>32J111800037<br>32J111800038<br>32J111800039<br>32J111800046<br>32J111800047<br>32J111800050<br>32J111800053<br>32J112100198<br>32J112200099<br>32J112200122<br>32J112200124<br>32J112200125<br>32J112200127 |

This is a Certified True and Correct Copy

John W. Ford
Chief Executive Officer

Page No: 6                         **Attachment A**                    Date:  11/15/2011

---

**Lessee:**     Sound Shore Medical Center of Westchester
**Schedule:**   IT-5

|  |  |  |  | Serial Number |
|---|---|---|---|---|
|  |  |  |  | 32J112200131 |
|  |  |  |  | 32J112200132 |
|  |  |  |  | 32J112200213 |
|  |  |  |  | 32J112200217 |
|  |  |  |  | 32J112200218 |
|  |  |  |  | 32J112200219 |
|  |  |  |  | 32J112200220 |
|  |  |  |  | 32J112200221 |
|  |  |  |  | 32J112200222 |
|  |  |  |  | 32J112200224 |
|  |  |  |  | 32J112200226 |
|  |  |  |  | 32J112200228 |
|  |  |  |  | 32J112200231 |
|  |  |  |  | 32J112700155 |
|  |  |  |  | 32J112700156 |
|  |  |  |  | 32J112700161 |
|  |  |  |  | 32J112700163 |
|  |  |  |  | 32J112700164 |
|  |  |  |  | 32J112700167 |
|  |  |  |  | 32J112700171 |
|  |  |  |  | 32J112700172 |
|  |  |  |  | 32J112700176 |
|  |  |  |  | 32J112700177 |
|  |  |  |  | 32J112700185 |
|  |  |  |  | 32J112700189 |
|  |  |  |  | 32J112700204 |
|  |  |  |  | 32J112700205 |
|  |  |  |  | 32J112700209 |
|  |  |  |  | 32J112900526 |
|  |  |  |  | 32J112900530 |
|  |  |  |  | 32J112900566 |
| 2 | GX420t | Zebra | Zebra GX420t - Label printer - B/W - direct thermal / thermal transfer - Roll (4.25 in) - 203 dpi - up to 359.1 inch/min - Serial, USB, 10/100Base-TX | 31J104200347<br>31J104200353 |

Equipment Located At:    Mount Vernon Hospital
                         12 North 7th Avenue
                         Mount Vernon, NY 10550

| Qtv | Model | Manufacturer | Description | Serial Number |
|---|---|---|---|---|
| 13 | L-S10-01-0 | Enovate | Enovate LITE Medical Cart - Ultra w/Laptop Secure Bar Keyboard Sys Lvl1 |  |

This is a Certified True
and Correct Copy

John  W.  Ford
Chief Executive Officer

**Page No: 1**                    # Attachment A                    Date:  9/12/2011

**Lessee:**   Sound Shore Medical Center of
**Schedule:**   IT-4

Equipment Located At:   Sound Shore Medical Center of Westch
                        16 Gulon Place
                        New Rochelle, NY 10801

| Qty | Model | Manufacturer | Description | Serial Number |
|---|---|---|---|---|
| 2 | PE R710 | Dell | PE R710 Server with Chassis for UP to I, 3.5 in Hard Drives, PowerEdge R710 Shipping, 48GB Memory (6x8GB), 1333MHz, Dual Ranked LV RDIMMs for 2 Procs, Optimized, Embedded Broadcom, GV Ethernet NICS with TOE and ISCSI Offload Enabled, Embedded Broadcom, GV Ethernet NICS wiht TOE, Intel Xeon X5667, 3.06Ghz, 12M Cache, Turbo, HT, 1333MHx Max Mem, Intel Xeon X5667, 3.06Ghz, 12M Cache, Turbo, HT , 1333MHz Max mem, PowerEdge R710 Heat Sinks for 2 Processors, 450GB 15K PRM SA SCSI 6Gbps 3.5in Hotplug Hard Drive, PERC H700 Integrated RAID Controller, 1 GB NV Cache, x6, Power Saving BIOS Setting, No Operating System IDRAC6 Enterprise, DVD ROM, SATA, INternal, Bezel, Riser with 2 PCIe x8 + 2 PCIe x4 Slot, Management Console, Electronic System Dcoumetnation and OpenManage DVD Kit, 450GB 15K RPM SA SCSI 6Gbps 3.5in Hotplug Hard rive, RAID 5 for H700 or PERC 6/i Controllers, Ready Rails Sliding Rails with CableManagement Arm, High Output Power Supply Redundant, 870W, Poer Cord, C13 to C14, PDU Style, 12 Amps, 2 meter, Qty 1, Power Cord, C13 to C14, PDU Style, 12 Amps, 2 meter, Power Cord, NEMA 5-15P to C13, 15 amp, wall plug, 10 ft 3 meter, 450GB 15K PRM SA SCSI 6Gbps 3.5in Hotplug Hard Drive, Mission Critical Package, 4-Hour 7x24 On-site service wiht Emergency Dispatch 3 yrs, ProSupport: 7x24 HW/SW Tech Support and Assistance, 3yr, Hardware Limited Warranty Plus | 30K2YQ1 30K0YQ1 |
| 3 | PE R710 | Dell | PE R710 with Chassis for Up to 8, 2.5-in hard Drive, PowerEdge R710 Shipping, 8GB Memory (4x2GB), 1333MHz Single Ranked UDIMMs for 2 Procs, Advanced ECC, Embedded Broadcom, GB Ethernet NICS with TOE and ISCSI Offload Enabled, Embedded Broadcom, GB Ethernet NICS wtih TOE, Intel Xeon E5630 2.53Ghz, 12M Cache, Turbo, HT, 1066MHz Max Mem, Intel Xeon E5630 2.53Ghz, 12M Cache, Turbo, HT, 1066MHz Max Mem, PowerEdge R710 Heat Sinks for 2 processors, 146GB 15K RPM Werial-Attach SCSI 6Gbps 2.5in Hotplug Hard Drive, PERC H700 Integrated RAID Controller, 1GV NV Cache, x8, Power Saving BIOS Setting , NO Operating | 30K4YQ1 30L0YQ1 30KZXQ1 |

Lessee Initial:

Lessor Initial:

Acknowledges Pages 1 through 18

# Attachment A

**Page No: 2**

**Date: 9/12/2011**

---

| **Lessee:** | Sound Shore Medical Center of |
| **Schedule:** | IT-4 |

|  |  |  | Serial-Attach SCSI 6Gbps 2.5in Hotplug Hard Drive, Mission Critical Pakcage: 4-Hour 7x24 On-Site Service with Emergency Dispatch 3yrs, Hardware Limited Warranty Plus ON Site Service 3 yrs |  |
|---|---|---|---|---|
| 3 | 901-013-01 | Dell | TR1034+E2-2L PCI HALF 2CHANNEL V.34 EXPRESS HALF-SIZE CARDEA | DS112300235S<br>DS112300265S<br>DS12300273 |
| 1 | ELC | Dell | Electronic License Confirmation elec dwnld only, Dell Software |  |
| 6 | LX | Ergotron | Ergotron LX SM CPU Lift Wall Mount System |  |
| 35 | P4015DN | HP | HP Laser Jet P4015DN Printer, up to 52PPM, 1 HI-Speed USB 2.0; 1 Gigabit Ethernet; 1 EIO; 1 external and 2 internal Host USB 2.0-like ports; Duplex: Automatic; 100-sheet multipurpose tray, 500-sheet input tray 2, 500-sheet output bin, 100-sheet rear output bin | CNDYB37658<br>CNDYB37663<br>CNDYB37665<br>CNDYB37667<br>CNDYB37668<br>CNDYB37670<br>CNDYB37673<br>CNDYC01787<br>JPDF263254<br>JPDF264605<br>JPDF264606<br>JPDF264608<br>JPDF264751<br>JPDF264752<br>JPDF264756<br>JPDF264757<br>JPDF264761<br>JPDF265128<br>JPDF265147<br>JPDF265230<br>JPDF265232<br>JPDF265282<br>JPDF265286<br>JPDF265288<br>JPDF265564<br>JPDF266310<br>JPDF266315 |

**Attachment A**

| Page No: 3 | | | | Date: 9/12/2011 |
|---|---|---|---|---|

| Lessee: | Sound Shore Medical Center of |
|---|---|
| Schedule: | IT-4 |

| | | | | |
|---|---|---|---|---|
| | | | | JPDF266324 |
| | | | | JPDF266326 |
| | | | | JPDF266329 |
| | | | | JPDF266715 |
| | | | | JPDF266718 |
| | | | | JPDF266721 |
| | | | | JPDF269203 |
| | | | | JPDF269377 |
| 340 | T5740E | HP | HP T5740E N280 Intel Atom N280 1.66 GHz, 4 GB Flash ROM, 2 GB DDR3 SDRAM, Intel GL40 graphics, Atheros 802.11 a/b/g/n Wi-Fi adapter, Genuine Windows Embedded Standard 7 | CNW118103B |
| | | | | CNW118103D |
| | | | | CNW1190NT5 |
| | | | | CNW1190NYN |
| | | | | CNW1190PBM |
| | | | | CNW1190PBN |
| | | | | CNW1190PBP |
| | | | | CNW1190PBQ |
| | | | | CNW1190PBR |
| | | | | CNW1190PB0 |
| | | | | CNW1190PB5 |
| | | | | CNW1190PB6 |
| | | | | CNW1190PCW |
| | | | | CNW1190PDD |
| | | | | CNW1190PD1 |
| | | | | CNW1190PK3 |
| | | | | CNW1190P3B |
| | | | | CNW1190P3K |
| | | | | CNW1190P3Y |
| | | | | CNW1190P4J |
| | | | | CNW1190P4M |
| | | | | CNW1190P4N |
| | | | | CNW1190P4Q |
| | | | | CNW1190P4V |
| | | | | CNW1190P4Z |
| | | | | CNW1190P43 |
| | | | | CNW1190P5C |
| | | | | CNW1190P5D |
| | | | | CNW1190P5G |
| | | | | CNW1190P5H |
| | | | | CNW1190P5P |
| | | | | CNW1190P5Q |
| | | | | CNW1190P5X |
| | | | | CNW1190P5Z |
| | | | | CNW1190P50 |
| | | | | CNW1190P54 |
| | | | | CNW1190P55 |
| | | | | CNW1190P56 |
| | | | | CNW1190P59 |
| | | | | CNW1190P6B |
| | | | | CNW1190P6F |
| | | | | CNW1190P6G |
| | | | | CNW1190P6H |
| | | | | CNW1190P6L |

**Page No: 4**

# Attachment A

**Date: 9/12/2011**

---

**Lessee:**    Sound Shore Medical Center of
**Schedule:**    IT-4

CNW1190P6M
CNW1190P6N
CNW1190P6T
CNW1190P6Y
CNW1190P63
CNW1190P65
CNW1190P67
CNW1190P7H
CNW1190P7W
CNW1190P71
CNW1190P8S
CNW1190P9R
CNW1190P9Y
CNW120120Q
CNW120120R
CNW120120S
CNW120120T
CNW120120V
CNW120120W
CNW120120X
CNW120120Y
CNW120120Z
CNW120121B
CNW120121C
CNW120121D
CNW120121F
CNW120121G
CNW120121H
CNW120121J
CNW120121K
CNW120121L
CNW120121M
CNW120121N
CNW120121P
CNW120121Q
CNW120121R
CNW120121S
CNW120121T
CNW120121V
CNW120121W
CNW120121X
CNW120121Y
CNW120121Z
CNW1201210
CNW1201211
CNW1201212
CNW1201213
CNW1201214
CNW1201215
CNW1201216
CNW1201217
CNW1201218
CNW1201219

**Attachment A**

**Page No: 5**                                                    **Date:  9/12/2011**

**Lessee:**    Sound Shore Medical Center of
**Schedule:**    IT-4

CNW120122B
CNW120122C
CNW120122D
CNW120122F
CNW120122G
CNW120122H
CNW120122J
CNW120122K
CNW120122L
CNW120122M
CNW120122N
CNW120122P
CNW120122Q
CNW120122R
CNW120122S
CNW120122T
CNW120122V
CNW120122W
CNW120122X
CNW120122Y
CNW120122Z
CNW1201220
CNW1201221
CNW1201222
CNW1201223
CNW1201224
CNW1201225
CNW1201226
CNW1201227
CNW1201228
CNW1201229
CNW120123B
CNW120123C
CNW120123D
CNW120123F
CNW120123G
CNW120123H
CNW120123J
CNW120123K
CNW120123L
CNW120123M
CNW120123N
CNW120123P
CNW120123Q
CNW120123R
CNW120123S
CNW120123T
CNW120123V
CNW120123W
CNW120123X
CNW120123Y
CNW120123Z
CNW1201230

## Schedule 4.19
## Insurance Coverage

### Sound Shore Medical Center of Westchester

| Carrier | Term | Policy Number | Type | Broker |
|---|---|---|---|---|
| Physicians' Reciprocal Insurers | 7/01/12 – 7/01/13 | 88181 | Malpractice Liability | AON |
| State Insurance Fund | 12/03/12 – 12/02/13 | 13095518 | Worker's Compensation | The Risk Management Group |
| Vigilant Insurance Company | 10/1/12 – 10/1/13 | 35767816 | Property | Hagedorn |
| Travelers Property & Casualty Ins. Co. | 07/01/12 – 07/01/13 | 73575651 | Business Automobile | Hagedorn |
| Starr Indemnity and Liability Company | 11/15/12 – 11/14/13 | SISIFNL 20021312 | Directors & Officers Liability | AON |
| Crum & Foster/North River Insurance Co. | 11/15/12 – 11/15/13 | 5560086024 | Excess Directors & Officers Liability | |
| Physicians' Reciprocal Insurers | 7/01/12 – 7/01/13 | 88150 & 88152 | General Liability | AON |
| Aspen Insurance Company | 07/01/12 – 07/01/13 | CXA8MFY12 | Commercial Umbrella | Hagedorn |
| First Mercury Insurance Company | 07/01/12 – 07/01/13 | EX0000013880-1 | 2nd Excess Liability | Hagedorn |
| Zurich American Insurance Company | 04/01/13 – 04/01/14 | FID0904000305 | Crime | Hagedorn |
| Navigtors Insurance Company | 07/01/12 – 07/01/13 | NY12EXC712715IV | 3rd Excess Liability | Hagedorn |
| US Specialty Ins. Co. | 07/01/11 – 07/01/14 | U70885318 | Special Crime | Hagedorn |

### The Mount Vernon Hospital

| Carrier | Term | Policy Number | Type | Broker |
|---|---|---|---|---|
| State Insurance Fund | 12/03/12 – 12/02/13 | 13095518 | Worker's Compensation | The Risk Management Group |
| Great Northern Insurance Company | 01/01/13 – 01/01/14 | 35770333 | Property | Hagedorn |
| Federal Insurance Company | 01/01/13 – 01/01/14 | 73519442 | Business Automobile | Hagedorn |
| Liberty | 07/01/12 – | 202122-015 | Kidnap/Ransom | Hagedorn |

111

| | 07/01/13 | | Policy | |
|---|---|---|---|---|
| Chubb | 10/18/12 – 10/18/13 | 8158-8092 | Fiduciary | Hagedorn |
| Scottsdale Insurance Company | 01/01/13 – 01/01/14 | BCS0018792 | General Liability | Hagedorn |
| Zurich American Insurance Company | 04/01/13 – 04/01/14 | FID0904000305 | Crime | Hagedorn |
| Starr Indemnity and Liability Company | 11/15/12 – 11/15/13 | SISIFNL20037312 | Directors & Officers Liability | AON |
| US Specialty Ins. Co. | 07/01/11 – 07/01/14 | U70885318 | Special Crime | Hagedorn |
| Scottsdale Insurance Company | 01/01/13 – 01/01/14 | XLS0079092 | Commercial Umbrella | Hagedorn |

**Schedule 5.1**
**Organization of Buyer**

| Entity | Organization Type | Jurisdiction |
|---|---|---|
| Montefiore SS Operations, Inc. | not-for-profit corporation | New York |
| Montefiore MV Operations, Inc. | not-for-profit corporation | New York |
| Montefiore HA Operations, Inc. | not-for-profit corporation | New York |
| Montefiore SS Holdings, LLC | limited liability company | New York |
| Montefiore MV Holdings, LLC | limited liability company | New York |
| Montefiore HA Holdings, LLC | limited liability company | New York |

2405424v.10

**Schedule 5.4**
**Brokers' Fees of Buyer**

None

2405424v.10

**Schedule 5.5**
**Litigation of Buyer**

None

2405424v.10

**Schedule 5.9**
**HealthCare Regulatory**

None

2405424v.10

**Schedule 5.11**
**Buyer Consents and Approvals**

2405424v.10